

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

## ENTRY SUMMARY

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin US | | 11. Import Date |
|---|---|---|---|---|

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country US | 15. Export Date |
|---|---|---|---|

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|

| 25. Ultimate Consignee Name *(Last, First, M.I.)* and Address | 26. Importer of Record Name *(Last, First, M.I.)* and Address |
|---|---|
| Street | Street |
| City        State        Zip | City        State        Zip |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and IR Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | | | | | | | |

| Other Fee Summary *(for Block 39)* | 35. Total Entered Value $ | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|
| | Total Other Fees $ | A. LIQ Code | B. Ascertained Duty | 37. Duty |
| | | REASON CODE | C. Ascertained Tax | 38. Tax |
| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | | D. Ascertained Other | 39. Other |
| I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, **OR** ☐ owner or purchaser or agent thereof.   I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.  I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts. | | | E. Ascertained Total | 40. Total |

| 41. Declarant Name *(Last, First, M.I.)*        Title        Signature        Date |
|---|
| |

| 42. Broker/Filer Information Name *(Last, First, M.I.)* and Phone Number | 43. Broker/Importer File Number |
|---|---|
| | |

# EXHIBIT "A"



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

1. Filer Code/Entry Number

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and IR Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | | | | | | | |

**Privacy Act Statement**

This Privacy Act Statement serves to inform you of why DHS is requesting the information on this form.

**Authority:**
CBP Form 7501 is authorized by 19 U.S.C. 1484 and provided for by 19 CFR 142.11 and CFR 141.61.

**Purpose:**
CBP is requesting this information to identify merchandise entering the commerce of the United States, and to document the amount of duty and/or tax paid.

**Routine Uses:**
The information requested on this form may be shared externally as a "routine use" with appropriate federal, state, local, tribal, or foreign governmental agencies, or multilateral governmental organizations, to assist DHS in investigating or prosecuting the violations of, or for enforcing or implementing, a statute, rule, regulation, order, license, or treaty or when DHS determines that the information would assist in the enforcement of civil or criminal laws. A complete list of the routine uses can be found in the system of records notice associated with this form, "DHS/CBP-001 Import Information System." The Department's full list of system of records notices can be found on the Department's website at  http://www.dhs.gov/system-records-notices-sorns.

**Consequences of Failure to Provide Information:**
This information is required from the importer, or the importer's agent, for each import transaction. Failure to provide this information will prevent CBP from carrying out the regulatory requirements associated with import transaction documentation and may result in penalties to importer or agent

## CBP FORM 7501 INSTRUCTIONS

**BLOCK 1) ENTRY NUMBER**

Record the 11-digit alphanumeric code.  The entry number is comprised of the three-digit filer code, followed by the seven-digit entry number, and completed with the one-digit check digit.

Entry Filer Code represents the three-character alphanumeric filer code assigned to the filer or importer by CBP.

Entry Number represents the seven-digit number assigned by the filer.  The number may be assigned in any manner convenient, provided that the same number is not assigned to more than one CBP Form 7501.  Leading zeros must be shown.

Check digit is computed on the previous 10 characters.  The formula for calculating the check digit can be found in Appendix 1.

**BLOCK 2) ENTRY TYPE**

Record the appropriate entry type code by selecting the two-digit code for the type of entry summary being filed.  The first digit of the code identifies the general category of the entry (i.e., consumption = 0, informal = 1, warehouse = 2).  The second digit further defines the specific processing type within the entry category.  The following codes shall be used:

Consumption Entries

| | |
|---|---|
| Free and Dutiable | 01 |
| Quota/Visa | 02 |
| Antidumping/Countervailing Duty (AD/CVD) | 03 |
| Appraisement | 04 |
| Vessel Repair | 05 |
| Foreign Trade Zone Consumption | 06 |
| Quota/Visa and AD/CVD Combinations | 07 |
| Duty Deferrals | 08 |

Informal Entries

| | |
|---|---|
| Free and Dutiable | 11 |
| Quota Other than Textiles | 12 |

Warehouse Entries

| | |
|---|---|
| Warehouse | 21 |
| Re-Warehouse | 22 |
| Temporary Importation Bond | 23 |
| Trade Fair | 24 |
| Permanent Exhibition | 25 |
| Foreign Trade Zone Admission | 26 |

Warehouse Withdrawal

| | |
|---|---|
| For Consumption | 31 |
| Quota/Visa | 32 |
| AD/CVD | 34 |
| Quota/Visa and AD/CVD Combinations | 38 |

Government Entries

| | |
|---|---|
| Defense Contract Management Command (DCMAO NY) Military Only (P99 filer) | 51 |
| Any U.S. Federal Government agency (other than DCMAO NY) | 52 |

Note:  When the importer of record of emergency war materials is not a government agency, entry type codes 01, 02, 03, etc., as appropriate, are to be used.

Transportation Entries

| | |
|---|---|
| Immediate Transportation | 61 |
| Transportation and Exportation | 62 |
| Immediate Exportation | 63 |

Automated Broker Interface (ABI) processing requires an ABI status indicator.  This  indicator must be recorded in the entry type code block.  It is to be shown for those entry summaries with ABI status only, and must be shown in one of the following formats:

ABI/S = ABI statement paid by check or cash

ABI/A = ABI statement paid via Automated Clearinghouse (ACH)

ABI/P = ABI statement paid on a periodic monthly basis

ABI/N = ABI summary not paid on a statement

Note:  Either a slash (/) or hyphen (-) may be used to separate ABI from the indicator (i.e., ABI/S or ABI-S).

A "LIVE" entry is when the entry summary documentation is filed at the time of entry with estimated duties.  Warehouse withdrawals are always considered "LIVE" entries.  When a "LIVE" entry/entry summary is presented, an additional indicator is required to be shown in the following formats:

ABI/A/L = ABI statement paid via ACH for a "live" entry/entry summary

ABI/N/L = ABI "live" entry/entry summary not paid on a statement

"LIVE" or "L" = non-ABI "live" entry/entry summary

## BLOCK 3) SUMMARY DATE

Record the month, day, and year (MM/DD/YYYY) on which the entry summary is filed with CBP.  The record copy of the entry summary will be time stamped by the filer at the time of presentation of the entry summary.  In the case of entry summaries submitted on an ABI statement, only the statement is required to be time stamped.

This block should not be printed or typed prior to presentation of the entry/entry summary.  Use of this field is optional for ABI statement entries.  The time stamp will serve as the entry summary date.

The filer will record the proper team number designation in the upper right portion of the form above this block (three-character team number code).  For ABI entry summaries, the team number is supplied by CBP's automated system in the summary processing output message.

## BLOCK 4) SURETY NO.

Record the three digit numeric code that identifies the surety company on the Customs  Bond.  This code can be found in block 7 of the CBP Form 301, or is available through CBP's automated system to ABI filers, via the importer bond query transaction.  For U.S. Government importations and entry types not requiring surety, code 999 should appear in this block.  When cash or Government securities are used in lieu of surety, use code 998.

**BLOCK 5) BOND TYPE**

Record the single digit numeric code as follows:

        0 - U.S. Government or entry types not requiring a bond

        8 - Continuous

        9 - Single Transaction

Bond type "0" should be used in conjunction with surety code "999" for government entries secured by stipulation as provided for in 19 C.F.R. § 10.101(d).

Bond type "8" or "9," as appropriate, should be used in conjunction with surety code "998" when cash or government securities are deposited in lieu of surety.

Bond type "9" should be used in conjunction with surety code "999" when surety has been waived in accordance with 19 C.F.R. § 142.4 (c).  A single entry bond should be attached to the entry summary package.

**BLOCK 6) PORT CODE**

Record the U.S. port code utilizing the Schedule D, Customs District and Port Codes, listed in Annex C of the Harmonized Tariff Schedule (HTS).  The port is where the merchandise was entered under an entry or released under an immediate delivery permit.  Use the following format: DDPP (no spaces or hyphens).

**BLOCK 7) ENTRY DATE**

Record the month, day, and year (MM/DD/YYYY) on which the goods are released, except for immediate delivery, quota goods, or where the filer requests another date prior to release (see 19 C.F.R. § 141.68).  It is the responsibility of the filer to ensure that the entry date shown for entry/entry summaries is the date of presentation (i.e., the time stamp date).  The entry date for a warehouse withdrawal is the date of withdrawal.

**BLOCK 8) IMPORTING CARRIER**

For merchandise arriving in the U.S. by vessel, record the name of the vessel that transported the merchandise from the foreign port of lading to the first U.S. port of unlading.  Do not record the vessel identifier code in lieu of the vessel name.  Pursuant to General Statistical Note 1 (a) (ii) of the HTS, the reporting of the vessel flag is not required.  For merchandise arriving in the U.S. by air, record the two-digit IATA alpha code corresponding to the name of the airline which transported the merchandise from the last airport of foreign lading to the first U.S. airport of unlading.

If the carrier file does not contain a specific air carrier's code, write the designation "*C" for Canadian airlines, "*F" for other foreign airlines, and "*U" for U.S. airlines.

These designations should be used only for unknown charter and private aircraft.  When a private aircraft is being entered under its own power (ferried), the designation "**" will be used.

For merchandise arriving in the U.S. by means of transportation other than vessel or air, leave blank.

Do not record the name of a domestic carrier transporting merchandise after initial lading in the U.S.

For merchandise arriving in the customs territory from a U.S. Foreign Trade Zone (FTZ), insert "FTZ" followed by the FTZ number.  Use the following format:  FTZ NNNN

**BLOCK 9) MODE OF TRANSPORT**

Record the mode of transportation by which the imported merchandise entered the U.S. port of arrival from the last foreign country utilizing the following two-digit numeric codes:

10 - Vessel, non-container (including all cargo at first U.S. port of unlading aboard a vessel regardless of later disposition; lightered, land bridge and LASH all included).  If container status unknown, but goods did arrive by vessel, use this code.

11 - Vessel, container

12 - Border, Waterborne (used in cases where vessels are used exclusively to ferry automobiles, trucks, and/or rail cars, carrying passengers and baggage and/or cargo and merchandise, between the U.S. and a contiguous country).

20 - Rail, non-container

21 - Rail, container

30 - Truck, non-container

31 - Truck, container

32 - Auto

33 - Pedestrian

34 - Road, other

40 - Air, non-container

41 - Air, container

50 - Mail

60 - Passenger, hand-carried

70 - Fixed transport installation (includes pipelines, powerhouse, etc.)

For merchandise arriving in the customs territory from a U.S. FTZ, leave blank.


**BLOCK 10) COUNTRY OF ORIGIN**

Record the country of origin utilizing the International Organization for Standardization (ISO) country code located in Annex B of the HTS.

The country of origin is the country of manufacture, production, or growth of any article.  If the article consists of material produced, derived from, or processed in more than one foreign territory or country, or insular possession of the U.S., it shall be considered a product of that foreign territory or country, or insular possession, where it last underwent a substantial transformation.  For reporting purposes only on the CBP Form 7501, whenever merchandise has been returned to the U.S. after undergoing repair, alteration, or assembly under HTS heading 9802, the country of origin should be shown as the country in which the repair, alteration, or assembly was performed.

When merchandise is invoiced in or exported from a country other than that in which it originated, the actual country of origin shall be specified rather than the country of invoice or exportation.  When an entry summary covers merchandise from more than one country of origin, record the word "MULTI" in this block.  In column 27, directly below the line number, prefixed with the letter "O," indicate the ISO code corresponding to each line item.

Where line items are segregated by invoice, indicate the ISO code corresponding to each invoice.

**Special Note for Goods of Canadian Origin**

The ISO country code "CA" for Canada for goods of Canadian Origin will no longer be reported as a country of origin. As of May 15, 1997, the Canadian Province codes will replace the code "CA".

The following conditions in which the "CA" is acceptable, in addition to the Province Codes:

1. Withdrawals of goods from warehouses for consumption.

2. Entries of goods from Foreign Trade Zones into the Commerce of the U.S.

3. Informal entries.

4. Imports of Canadian origin arriving from countries other than Canada.

5. Cargo selectivity entries not certified from entry summary, i.e. full cargo selectivity entries provided with entry data only or border cargo selectivity entries.

6. Data elements intended specifically for other government agencies, e.g. FDA , DOT, and EPA which only allow "CA" to be used as the origin code.

Additional information related to reporting the correct ISO country code for goods of Canadian Origin can be found in CSMS# 97-000267 and 02-000071

## BLOCK 11) IMPORT DATE

For merchandise arriving in the U.S. by vessel, record the month, day, and year (MM/DD/YYYY) on which the importing vessel transporting the merchandise from the foreign country arrived within the limits of the U.S. port with the intent to unlade.

For merchandise arriving in the U.S. other than by vessel, record the month, day, and year (MM/DD/YYYY) in which the merchandise arrived within the U.S. port limits.

For merchandise entering the customs territory for consumption from a U.S. FTZ, in compliance with 19 C.F.R. § 146.63, if the import date is not the date of removal from the zone, leave blank.

For merchandise moving from a U.S. FTZ to a bonded warehouse in the customs territory, in compliance with 19 C.F.R. § 146.64, report the month, day, and year (MM/DD/YYYY) of importation.

## BLOCK 12) BILL OF LADING (B/L) OR AIR WAYBILL (AWB) NUMBER

Record the number assigned on the manifest by the international carrier delivering the goods to the U.S.

Each B/L number for vessel or rail shipments must conform to a unique format comprised of 2 elements. The first element comprises the first four characters of the unique bill number, and is the Standard Carrier Alpha Code (SCAC) of the bill's issuer. The second element may be any length up to a maximum 12 characters and may be alpha and/or numeric.  Use the following format:  ABCD1234567

If multiple bills are associated with an entry summary, list additional B/L or AWB numbers across the top of column 28 or on a separate attachment.

## BLOCK 13) MANUFACTURER ID (MID)

This block is provided to accommodate the manufacturer/shipper identification code.  This code identifies the manufacture/ shipper of the merchandise by a constructed code.  The method for deriving the code can be found in Appendix 2.  For the purposes of this code, the manufacturer should be construed to refer to the invoicing party or parties (manufacturers or other direct suppliers).  The name and address of the invoicing party, whose invoice accompanies the CBP entry, should be used to construct the MID.  The manufacturer/shipper identification code is required for all entry summaries and entry/entry summaries, including informal entries, filed on the CBP Form 7501.

For textile shipments, the manufacturer should be construed to refer to the actual manufacturer in accordance with 19 CFR 102.23(a) and the Appendix to 19 CFR Part 102 -- Textile and Apparel Manufacturer Identification.

Non-textile shipments may use the invoicing party or parties (manufacturers or other direct suppliers).

When an entry summary covers merchandise from more than one manufacturer, record the word "MULTI" in this block.  In column 28, indicate the MID Code corresponding to each line item.  If there is more than one vendor for a particular HTS number, separate line items will be required for each MID.

**BLOCK 14) EXPORTING COUNTRY**

Record the exporting country utilizing the ISO country code located in Annex B of the HTS.

The country of exportation is the country of which the merchandise was last part of the commerce and from which the merchandise was shipped to the U.S. without contingency of diversion.

When an entry summary covers merchandise from more than one country of export, record the word "MULTI" in this block.  In column 27, directly below the line number, prefixed with the letter "E," indicate the ISO code corresponding to each line item.  Where line items are segregated by invoice, indicate the ISO code corresponding to each invoice.

For merchandise entering the customs territory from a U.S. FTZ, if multiple countries of export are involved, indicate the country of export with the greatest value.  In the case where the merchandise is U.S. goods returned and the filer opts to pay the duty and report only the Chapter 1 - 97 HTS number, report the country of invoice or exportation.  Country of export U.S. will not be acceptable when country of origin is U.S.

**BLOCK 15) EXPORT DATE**

For merchandise exported by vessel, record the month, day, and year (MM/DD/YYYY), on which the carrier departed the last port in the exporting country.

For merchandise exported by air, record the month, day, and year (MM/DD/YYYY), on which the aircraft departed the last airport in the exporting country.

For overland shipments from Canada or Mexico and shipments where the port of lading is located outside the exporting country (e.g., goods are exported from Switzerland but laden and shipped from Hamburg, Germany), record the month, day, and year (MM/DD/YYYY), that the goods crossed the border of the exporting country (Switzerland in this example).

For mail shipments, record the month, day, and year (MM/DD/YYYY) of export as noted on the Notice to Addressee, CBP Form 3509.

For goods entering the customs territory from a U.S. FTZ, leave blank.

When an entry summary covers merchandise with more than one date of export, record the word "MULTI" in this block.  In column 27, directly below the line number, indicate the date corresponding to each line item.  Where line items are segregated by invoice, indicate the date corresponding to each invoice.

For textile merchandise, refer to additional requirements listed under VISA NUMBER/CERTIFICATE OF ELIGIBILITY/EXPORT CERTIFICATE in Column 33(d) instructions.

**BLOCK 16) IMMEDIATE TRANSPORTATION (IT) NUMBER**

Record the IT number obtained from the CBP Form 7512, AWB number from the Transit Air Cargo Manifest (TACM), or Automated Manifest System (AMS) master in-bond (MIB) movement number.

When an entry summary covers merchandise with more than one IT, place additional IT numbers and associated IT dates across the top of column 28 or on a separate attachment.

If merchandise moves on an IT into a U.S. FTZ, the IT number need not be recorded on the CBP Form 7501 when the merchandise is removed from the zone.

**BLOCK 17) IT DATE**

Record the month, day, and year (MM/DD/YYYY), obtained from the CBP Form 7512, TACM, or AMS MIB record.

When an entry summary covers merchandise with more than one IT, place additional IT numbers and associated IT dates across the top of column 28 or on a separate attachment.

Note: IT date cannot be prior to import date.

**BLOCK 18) MISSING DOCUMENTS**

Record the appropriate document code number(s) to indicate documents not available  at the time of filing the entry summary. A maximum of two codes may be used.  The bond charge should be made on the entry summary only for those documents required to be filed with the entry summary.

The following codes shall be used:

> 01 - Commercial Invoice
>
> 10 - CBP FORM 5523 (19 C.F.R. § 141.89) (Optional for footwear)
>
> 16 - Corrected Commercial Invoice (19 C.F.R. § 141.89, et al)
>
> 17 - Other Agency Form (19 C.F.R. § Part 12)
>
> 19 - Scale weight
>
> 21 - Coffee Form O
>
> 22 - Chemical Analysis
>
> 23 - Outturn Report
>
> 26 - Packing List (19 C.F.R. § 141.86(e))
>
> 98 - Not Specified Above
>
> 99 - If three or more documents are missing, record the code number for the first document and insert code "99" to indicate more than one additional document is missing.

If a document has been waived prior to entry summary filing or is not required at time of entry summary, it should not be recorded as a missing document.

Be aware that the following forms cannot be waived and filers shall be obligated to file the forms within the appropriate time limits:

> 14 - Lease Statements (19 C.F.R. § 10.108)
>
> 15 - Re Melting Certificate (19 C.F.R. § 54.6(a))
>
> 18 - Duty Free Entry Certificate (19 C.F.R. § 10.102; 9808.00.3000)
>
> 20 - End Use Certificate (19 C.F.R. § 10.138)

**BLOCK 19) FOREIGN PORT OF LADING**

For merchandise arriving in the U.S. by vessel, record the five digit numeric code listed in the "Schedule K" (Classification of Foreign Ports by Geographic Trade Area and  Country) for the foreign port at which the merchandise was actually laden on the vessel that carried the merchandise to the U.S.  The "Schedule K" may be retrieved at:

> http://www.iwr.usace.army.mil/ndc/wcsc/scheduleK/schedulek.htm

If the actual port name is not provided, use the code for "all other ports" for the country in which the merchandise was laden on the vessel that carried the merchandise to the U.S.

When an entry summary covers merchandise with more than one foreign port of lading, record the word "MULTI" in this block. In column 27, directly below the line number, indicate the code corresponding to each line item. When line items are segregated by invoice, indicate the code corresponding to each invoice.

When merchandise is transported by a mode of transportation other than vessel, leave blank.

For merchandise entering the customs territory from a U.S. FTZ, leave blank.

## BLOCK 20) U.S. PORT OF UNLADING

Record the U.S. port code where the merchandise was unladen from the importing vessel, aircraft or train.  Do not show the name of the port instead of the numeric code.

For merchandise arriving in the U.S. by means of transportation other than vessel, rail or air, leave blank.

For merchandise arriving in the customs territory from a U.S. FTZ, leave blank.

## BLOCK 21) LOCATION OF GOODS/General Order (GO) Number

Where the entry summary serves as entry/entry summary, record the pier or site where the goods are available for examination.  For air shipments, record the flight number.  Where the Facilities Information and Resources Management (FIRMS) codes are available, they must be used in lieu of pier/site.

Where the entry summary is used for merchandise that has been placed in GO, record the number assigned by CBP in the following format:  G.O. NNNNNNNNNNNNN

Where the entry summary is used for merchandise placed in a bonded warehouse, record the name and the FIRMS code of the bonded warehouse where the goods will be delivered.

## BLOCK 22) CONSIGNEE NUMBER

Record the Internal Revenue Service (IRS) Employee Identification Number (EIN), Social Security Number (SSN), or CBP assigned number of the consignee.  This number must reflect a valid identification number filed with CBP via the CBP Form 5106  or its electronic equivalent.  When the consignee number is the same as the importer of record number, the word "SAME" may be used in lieu of repeating the importer of record number.

Only the following formats shall be used:

      IRS EIN NN-NNNNNNN

      IRS EIN with suffix NN-NNNNNNNXX

      SSN NNN-NN-NNNN

      CBP assigned number YYDDPP-NNNNN

For consolidated shipments, enter zeros in this block in the IRS EIN format shown above (i.e., 00-0000000).  The reporting of zeros on the entry summary is limited to consolidated shipments and consolidated entry summaries.

## BLOCK 23) IMPORTER NUMBER

Record the IRS EIN, SSN, or CBP assigned number of the importer of record.  Proper format is listed under the instructions for Consignee Number.

## BLOCK 24) REFERENCE NUMBER

Record the IRS EIN, SSN, or CBP assigned number of the individual or firm to whom  refunds, bills, or notices of extension or suspension of liquidation are to be sent (if other than the importer of record and only when a CBP Form 4811 is on file).  Proper format is listed under the instructions for Consignee Number.  Do not use this block to record any other information.

**BLOCK 25) ULTIMATE CONSIGNEE NAME AND ADDRESS**

At the time of Entry Summary, record the name and address of the individual or firm purchasing the merchandise or, if a consigned shipment, to whom the merchandise is consigned. If those parties are not known, indicate to whose premises the merchandise is being shipped. If this information is the same as the importer of record, leave blank.

Note: For express consignment shipments and land border shipments, at the time of Entry Summary, record the name and address of the individual or firm for whose account the merchandise is shipped. The account of party is the actual owner, who is holder of title to the goods.

In the space provided for indicating the state, report the ultimate state of destination of the imported merchandise, as known at the time of entry summary filing. If the contents of the shipment are destined to more than one state or if the entry summary represents a consolidated shipment, report the state of destination with the greatest aggregate value. If in either case, this information is unknown, the state of the ultimate consignee, or the state where the entry is filed, in that order, should be reported. However, before either of these alternatives is used, a good faith effort should be made by the entry filer to ascertain the state where the imported merchandise will be delivered. In all cases, the state code reported should be derived from the standard postal two-letter state or territory abbreviation.

On a warehouse withdrawal, the original warehouse entry number should be recorded at the bottom of this block.

**BLOCK 26) IMPORTER OF RECORD NAME AND ADDRESS**

Record the name and address, including the standard postal two-letter state or territory abbreviation, of the importer of record. The importer of record is defined as the owner or purchaser of the goods, or when designated by the owner, purchaser, or consignee, a licensed customs broker. The importer of record is the individual or firm liable for payment of all duties and meeting all statutory and regulatory requirements incurred as a result of importation, as described in 19 C.F.R. § 141.1(b). The importer of record shown on the invoice should be the same party on the CBP Form 7501, unless the CBP form reflects a licensed customs broker.

**COLUMN 27) LINE NUMBER**

Record the appropriate line number, in sequence, beginning with the number 001.

A "line number" refers to a commodity from one country, covered by a line which includes a net quantity, entered value, HTS number, charges, rate of duty and tax. However, some line numbers may actually include more than one HTS number and value. For example, many items in Chapter 98 of the HTS require a dual HTS number. Articles assembled abroad with U.S. components require the HTS number 9802.00.80 along with the appropriate reporting number of the provision in Chapters 1 through 97.

Also, many items in Chapter 91 of the HTS require as many as four HTS numbers. Watches classifiable under subheading 9101.11.40, for example, require that the appropriate reporting number and duty rate be shown separately for the movement, case, strap, band or bracelet, and battery. A separate line item is also required for each commodity that is the subject of a Customs binding ruling. Proper format is listed under the instructions for HTS number.

Where a reporting number is preceded by an alpha character designating a special program (i.e., NAFTA = "CA" or "MX"; GSP = "A"), that indicator is to be placed in column 27, directly below the line number. The special program indicator (SPI) should be right justified on the same line and immediately preceding the HTS number to which it applies. If more than one HTS number is required for a line item, place the SPI on the same line as the HTS number upon which the rate of duty is based. If more than one SPI is used, the primary indicator that establishes the rate of duty is shown first, followed by a period and the secondary SPI immediately following.

If "MULTI" was recorded in block(s) 10, 14, 15, and/or 19, the appropriate codes or dates are to be shown in column 27 below the SPI. See specific instructions for those items with multiple elements.

**COLUMN 28) DESCRIPTION OF MERCHANDISE**

A description of the articles in sufficient detail to permit the classification thereof under the proper statistical reporting number in the HTS should be reported at the top of column 28. The standard definitions from the CBP HTS database are acceptable for this requirement.

For a warehouse withdrawal, all copies of the CBP Form 7501 must be clearly marked "WAREHOUSE WITHDRAWAL FOR CONSUMPTION" at the top of column 28, followed by the words "FINAL WITHDRAWAL" if applicable. Next will be the "Bonded Amount" (quantity in the warehouse account before the withdrawal), "Withdrawal" (quantity being withdrawn), and "Balance" (quantity remaining in warehouse after withdrawal), as required in 19 C.F.R. § 144.32(a).

Transfer of the right to withdraw the merchandise included on the CBP Form 7501 will be established by including the name, and hand-written or facsimile signature of the person primarily liable for payment of duties before the transfer is completed. This endorsement should be shown after the "Balance" in column 28. When there is deferred tax paid by electronic funds transfer (EFT), the following statement is required in this section:

> Electronic Funds Transfer (EFT)
>
> Tax Payment Deferred
>
> XXX Distillers, Inc.
>
> IRN: XX-XXXXXXX-XX
>
> ALC: ########
>
> EFT Payment Date: month/day

If the deferred tax will not be paid by EFT, the words "DEFERRED TAX" should show after the words "WAREHOUSE WITHDRAWAL FOR CONSUMPTION" at the top of this block.

**COLUMN 29)**

Do not record the column heading letters, only the required data in the proper format.

**A. HTS NUMBER**

Record the appropriate full 10-digit HTS item number. This item number should be left justified. Decimals are to be used in the 10-digit number exactly as they appear in the HTS. Use the following format: 4012.11.4000

If more than one HTS number is required, follow the reporting instructions in the statistical head note in the appropriate HTS section or chapter.

Where an SPI is required for an HTS number, see Column 27 instructions.

For each item covered by a binding tariff classification ruling, report the ruling number (provided in the applicable ruling letter) directly below the HTS number of the appropriate line item. Precede the ruling number with the abbreviation "RLNG." For an item classified under the same tariff classification number but not specifically covered by the binding tariff classification ruling, provide a separate line item breakout for that item.

For those line items that require the reporting of more than one data element (i.e. category number and/or manufacturer identification number) in this same area, the hierarchy should be as follows:

> Category Number
>
> Manufacturer Identification Number
>
> Ruling Number

The correct format for reporting a ruling number or pre-approval indicator are listed below, respectively:

> RLNG 654321
>
> INDCTR 356780

For sets, which are classifiable in accordance with GRI 3(b) or 3(c) of the HTS, report in column 30 the HTS number from which the rate of duty for the set is derived. Precede this number with an SPI of "X." Report with that part of the set so classified the total value, quantity and charges associated with the set, as well as all applicable duties, taxes, and fees, in the appropriate columns. In addition, each article in the set (including the article designated with a prefix of "X") should be reported on a separate line as if it were separately classified. Precede these HTS numbers with an SPI of "V." Report the quantity and value attributed to each article associated with the "V" SPI.

All other reporting requirements including, but not limited to, quota, visa, licensing, and other government agency requirements, should be reported along with the appropriate HTS number preceded with an SPI of "V." Both the "X" and "V" should be right justified in column 27, immediately preceding, and on the same line as the HTS number to which it applies.

## B. AD/CVD CASE NUMBER

Directly below the HTS number, indicate the appropriate AD/CVD case number(s), as assigned by the Department of Commerce, International Trade Administration. The following format shall be used:

> A000-000-000 -or- A-000-000-000 (AD)

> C000-000-000 -or- C-000-000-000 (CV)

Case numbers with a suffix of 000 (ex. A-000-000-000) should only be used when the manufacturer and/or exporter falls under the "All Other" or country wide provisions of the AD/CVD case.

The application of case numbers should follow this hierarchy under the following circumstances:

1. The exporter has its own rate, use the case assigned to the exporter;

2. The exporter does not have its own case, use the case assigned to the manufacturer/producer; OR the case assigned to the exporter/manufacturer combination; or

3. Neither the exporter nor the manufacturer/producer nor the exporter/manufacturer combination has its own case, use the "all others" case with a suffix of 000.

When bonding is permitted and used, record the phrase "Surety Code" and the surety number [e.g., (Surety Code #123)]. If cash or government securities are deposited in lieu of surety, record "Surety Code #998."

## C. CATEGORY NUMBER

Directly below the HTS number record the textile category for each separate line, as applicable. Use the following format: CAT NNN

## D. OTHER FEES

Directly below the pertinent line information, on the same line as the applicable rate in column 33, identify any other fee, charge or exaction that applies. Examples include the beef fee, honey fee, pork fee, cotton fee, harbor maintenance fee (HMF), sugar fee, and merchandise processing fee (MPF). All fees, with the exception of the HMF, are to be reported at the line item level. The HMF may be shown either at the line item level or once at the bottom of column 29 on the first page of the summary.

# COLUMN 30)

Do not record the column heading letters, only the required data in the proper format.

## A. GROSS WEIGHT

Report gross shipping weight in kilograms for merchandise imported by ALL modes of transportation. The gross weight must be reported on the same line as the entered value.

In cases where more than one value is shown on a line item, record the gross weight on the same line as the first tariff number for the line item. Gross weight information must be provided for each line item. If the gross weight is not available for each line item, the approximate shipping weight shall be estimated and reported. The total of the estimated weights should equal the actual gross shipping weight. For multi-line summaries, the grand total gross weight need not be shown.

In the case of containerized cargo carried in lift vans, cargo vans, or similar substantial outer containers, the weight of such container should not be included in the gross weight of the merchandise.

**B. MANIFEST QUANTITY**

Where the entry summary serves as entry/entry summary, indicate the manifest quantity reported on the B/L or AWB.

If multiple bills are associated with an entry/entry summary, indicate the manifest quantity reported on the B/L or AWB with the appropriate B/L or AWB number listed across the top of column 28.

## COLUMN 31) NET QUANTITY IN HTS UNITS

When a unit of measure is specified in the HTS for an HTS number, report the net quantity in the specified unit of measure, and show the unit of measure after the net quantity figure. Record quantities in whole numbers for statistical purposes unless fractions of units are required for other CBP purposes. Fractions must be expressed as decimals.

When an "X" appears in the column for units of quantity, no quantity is to be reported in column 31. (Gross weight must still be reported in Column 30.)

When two units of measure are shown for the same article, report the net quantity for both in the specified unit of measure. The value of the article is to be reported with the first unit of measure unless a "V" follows the second which indicates the value of the  article is to be reported with that unit of measure.

Example:  Shipment consists of 50 dozen t-shirts, weighing 1 kg per dozen and valued at $10 per dozen.  Report as follows:

| COLUMN 29 | COLUMN 30 | COLUMN 31 |
|---|---|---|
| 6205.20.2065 | 50 doz.<br>50 kgs | 500 |

## COLUMN 32)

Do not record the column heading letters, only the required data in the proper format.

### A. ENTERED VALUE

Record the U.S. dollar value as defined in 19 U.S.C. § 1401a for all merchandise.

Record the value for each line item on the same line as the HTS number.

If the value required for assessment of AD/CVD is different from the entered value, record in parentheses the amount in this column, on the same line as the AD/CVD case number and rate. If the reported value is not the transaction value it should later be reported under a Reconciliation Entry (Type 09), if approved for reconciliation, or other alternate means.

Report the value in whole dollars rounded off to the nearest whole dollar (if the total entered value for a line item is less than 50 cents report as "0"). Dollar signs are omitted.

Report the total entered value for all line items in block 35.

**B. CHARGES (CHGS)**

Record the aggregate cost in U.S. dollars of freight, insurance and all other charges, costs and expenses incurred while bringing the merchandise from alongside the carrier at the port of exportation in the country of exportation and placing it alongside the carrier at the first U.S. port of entry.  Do not include U.S. import duties.  In the case of overland shipments originating in Canada or Mexico, such costs shall include freight, insurance, and all other charges, costs and expenses incurred in bringing the merchandise from the point of origin (where the merchandise begins its journey to the United States) in Canada or Mexico to the first U.S. port of entry.

This value shall be shown in whole numbers for each HTS number. It is to be placed beneath the entered value and identified with the letter 'C' (e.g., C550). Dollar signs are omitted.

Charges are not required to be reported for merchandise entered by mode of transportation code 60 (passenger, hand-carried)."

**C. RELATIONSHIP**

Record whether the transaction was between related parties, as defined in 19 C.F.R. § 152.102(g), by placing a "Y" in the column for related and an "N" for not related (the words "related" and "not related" may be used in lieu of "Y" or "N").  "Y" or "N" may be recorded once, at the top of column 32, when applicable to the entire entry summary or may be recorded with each line item below entered value and charges.  "Y" or "N" must be recorded with each line item when the relationship differs for line items.

## COLUMN 33)

Do not record the column heading letters, only the required data in the proper format.

**A. HTS RATE**

Record the rate(s) of duty for the classified item as designated in the HTS:  free, ad valorem, specific, or compound.

| COLUMN 29 | COLUMN 33 |
|---|---|
| 6201.19.1010  Free | 6201.19.9060  2.8% |

**B. AD/CVD RATE**

Record the AD/CVD rate(s) as designated by the Department of Commerce, International Trade Administration, directly opposite the respective AD/CVD case number(s) shown in column 29.

**C. I.R.C. RATE**

Record the tax rate(s) for the classified item as designated in the HTS, or record the CBP approved metric conversion tax rate.

If I.R. tax is deferred, precede I.R.C. rate with "DEF."  Show the amount in column 34 and in block 38 but do not include in the "Total" in block 40.

Deferred I.R. tax under 26 U.S.C. § 5232(a) should be identified as "IRS DEF 5232(a)," at the bottom of columns 33 and 34 on the first page of the CBP Form 7501.  The deferred I.R. tax amount should not be shown in column 34, block 38, or block 40.

**D. VISA NUMBER/CERTIFICATE OF ELIGIBILITY/EXPORT CERTIFICATE**

Record the letter "V" or "C" followed by the visa/certificate number associated with each line.  Visa/certificate numbers are generally nine alphanumeric characters in length.  The first character is numeric, the second and third character is alphabetic, and the fourth through the ninth character varies, depending on the trade agreement.

The first position of the visa/certificate represents either the year of export, the year for which the certificate is in effect (e.g. date of presentation), or a grouping such as those required for African Growth and Opportunity Act (AGOA) claims. The second and third positions represent the ISO country of origin code. The fourth through the ninth positions represent a unique number issued by the foreign government.

For specific information pertaining to formatting, refer to the Quota Book Transmittals (QBT) that are issued at the beginning of each quota period or to Textile Book Transmittals (TBT). The TBT is issued when new trade legislation or free trade agreements are implemented. These references can be found at:

> http://www.cbp.gov/xp/cgov/import/textiles_and_quotas/

If merchandise is covered by more than one visa/certificate, then separate line items must be shown for each visa/certificate number. All visa numbers and those certificates required to be eligible for a reduced rate of duty associated with a tariff rate quota must be recorded in column 33. The above instructions do not apply to agriculture licenses issued by the U.S. Department of Agriculture.

When the country of origin differs from the country of export and the visa/certificate is issued based on the date of export, or the quota is based on the date of export, report the date of export from the country of origin in column 33. The date of exportation from the exporting country will continue to be reported in block 15.

## E. AGRICULTURE LICENSE NUMBER

For merchandise subject to agriculture licensing, report the license number in column 33 directly below the tariff rate for that line item.

The license number will be in a ten-character format, including hyphens and spaces. The two acceptable formats are as follows:

|  (1) N-AA-NNN-N      or      (2) N-AB-NNN-N |
|  (1-cc-234-5)                   (1-c -234-5)  |

The letters N and A represent numeric and alpha characters respectively. The letter B represents a blank space. For format 1, the first position is the license type. The third and fourth positions are the commodity type code. Positions six through eight represent the license serial number. The tenth position is the license year. Positions two, five and nine are hyphens. Format 2 is identical to the above except position four is blank.

## BLOCK 34) DUTY AND I.R. TAX

Record the estimated duty, AD/CVD, I.R. tax, and any other fees or charges calculated by applying the rate times the dutiable value or quantity. The amount shown in this column must be directly opposite the appropriate HTS rate(s), AD/CVD rate, I.R. rate and other fees or charges. This includes those instances where bonding is permitted for AD/CVD. Where bonding is accomplished, enclose the AD/CVD amounts in parentheses. Where I.R. tax is deferred under 26 U.S.C. § 5232(a), leave blank (See instructions for column 33). Dollar signs are omitted.

## OTHER FEE SUMMARY FOR BLOCK 39

For entries subject to payment of AD/CVD and/or any of the various fees, each applicable fee must be indicated in this area, and the individual amount of each fee must be shown on the corresponding line. AD/CVD amounts are to be included in the summary only when they are actually deposited. Bonded amounts should not be included. The Block 39 Summary must be on the first page if the entry summary consists of more than one page.

The applicable collection code must be indicated on the same line as the fee or other charge or exaction. Report the fees in the format below:

| AD | 012 |
| CVD | 013 |
| Tea Fee | 038 |
| Misc. Interest | 044 |
| Beef Fee | 053 |

| Pork Fee | 054 |
| Honey Fee | 055 |
| Cotton Fee | 056 |
| Pecan Fee | 057 |
| Sugar Fee | 079 |
| Potato Fee | 090 |
| Mushroom Fee | 103 |
| Watermelon | 104 |
| Blueberry Fee | 106 |
| Avocado | 107 |
| Mango | 108 |
| Informal Entry MPF | 311 |
| Dutiable Mail Fee | 496 |
| Merchandise Processing Fee (MPF) | 499 |
| Manual Surcharge | 500 |
| Harbor Maintenance Fee (HMF) | 501 |

There is no de minimis collection for the MPF.  There is an established minimum and maximum due on each formal entry, release or withdrawal from warehouse for consumption.  Report the actual MPF due unless the perspective amount due is less than the established minimum (record the minimum), or exceeds the established maximum (record the maximum).

There is a de minimis on the HMF if it is the only payment due on the entry summary.  If such is the case, HMF of $3 or less will not be collected.  The grand total user fee in this block should be reported as the total fee amount of all line items, but the amount in block 39 should be reported as $0.

Goods originating under a Free Trade Agreement (FTA) may be exempt from MPF.  To obtain this exemption, the importer must indicate the appropriate SPI for each HTS number in Column 27.

**BLOCK 35) TOTAL ENTERED VALUE**

Report the total entered value for all line items.  This information is required on all entry summaries.

**BLOCK 36) DECLARATION OF IMPORTER OF RECORD OR AUTHORIZED AGENT**

Select the appropriate boxes as it relates to your circumstances as an importer or agent.

**BLOCK 37) DUTY**

Record the total estimated duty paid (excluding AD/CVD).

**BLOCK 38) TAX**

Record the total estimated tax paid, including any amount deferred (except tax deferred under 26 U.S.C. § 5232(a)).

**BLOCK 39) OTHER**

Record the total estimated AD/CVD or other fees, charges or exactions paid.  Do not show AD/CVD amounts that were bonded.  The amounts shown in block 39 of the summary should reflect the amounts actually being paid.

**BLOCK 40) TOTAL**

Record the sum of blocks 37, 38, and 39.  Do not include any I.R. deferred tax shown in column 34 and block 38.  Do not include any AD/CVD that has been bonded.

If no duty, tax, or other charges apply to the transaction, record "0" in this block.

HMF is required to be paid on all warehouse entry summaries (type 21), but is not due on re-warehouse (type 22) entries.

**BLOCK 41) DECLARANT NAME, TITLE, SIGNATURE AND DATE**

Record the name, job title, and signature of the owner, purchaser, or agent who signs the declaration.  Record the month, day, and year (MM/DD/YYYY), when the declaration is signed.

When the entry summary consists of more than one page, the signature of the declarant, title, and date must be recorded on the first page.

Certification is the electronic equivalent of a signature for data transmitted through ABI.  This electronic (facsimile) signature must be transmitted as part of the entry summary data.

**BLOCK 42) BROKER/FILER INFORMATION**

This block is reserved for a broker or filer name, address and phone number.

**BLOCK 43) BROKER/IMPORTER FILE NO.**

This block is reserved for a broker or importer internal file or reference number.

**PREPARATION OF ENTRY DOCUMENTS**

The filer must submit entry documents for both entry summaries and entry/entry summaries in an ordered manner.  To ensure uniformity in this matter, entry documents are to be arranged in the following order:

      Check

      Statistical copy (Non-ABI only)

      Collection copy (non-statement)

      Certification

      Record Copy

      CBP Form 3461 or Alt.

      Single entry bond, when applicable

      Invoice

      Packing List

      Other Agency Documents

All documents should be stapled together in the upper left-hand corner by the filer of the  entry summary or entry/entry summary.

A minimum of two copies of a warehouse withdrawal for consumption, CBP Form 7501, will be presented (importer's copy and permit copy).  If not paying via ACH, a cashier's copy is also required.  Non-ABI submissions must include a fourth copy for statistical purposes.  If deferred tax is involved, at least one extra copy of the CBP Form 7501 must be included.

**SUMMARY OF ENTERED VALUE/CURRENCY CONVERSION**

The summary of entered value and currency conversion (if appropriate) may be shown on a worksheet attached to the entry summary or across column 28.  On a multi-page entry summary, show the summary of entered values on the last page following the last line item.

If a filer prepares line items by invoice (i.e., group line items by invoice), the summary may be prepared with values for each invoice in lieu of a grand summation at the end of the entry summary.

**INFORMAL ENTRY**

Informal entries may be made on the CBP Form 7501.  The following blocks are to be  completed for informal entries where applicable:  [1, 2, 6, 8, 10, 11, 12, 14, 16, 17, 23, 26, 27, 28, 29A, 30A, 30B, 31, 32A, 33A, 33C, 34, 35, 36, 37, 38, 39, 40, and 41].  For ABI transmissions, blocks 9, 15, and 20 are also required.

When goods are released on a CBP Form 3461 and subsequently followed up by an informal entry summary (CBP Form 7501), the entry date (date of release) must be shown in block 7 on the CBP Form 7501.

Block 21, Location of Goods, will be filled in only if merchandise has been placed in a general order warehouse.

No statistical copy of the CBP Form 7501 is required for an informal entry summary.

**APPRAISEMENT ENTRY**

When the CBP Form 7501 is used as an appraisement entry as, defined in 19 C.F.R. § 143.11, the following declaration requesting appraisement under 19 U.S.C. §1498(a)(10), should be added to the body of the CBP Form 7501 or attached on top as follows:

> I hereby request appraisement under 19 U.S.C. §1498(a)(10).  I declare, to the best of my knowledge and belief, that this entry and the documents presented therewith set forth all the information in my possession, or in the possession of the owner of the merchandise described herein, as to the cost of such merchandise; that I am unable to obtain any further information as to the value of the said merchandise or to determine its value for the purpose of making formal  entry thereof; that the information contained in this entry and in the accompanying documents is true and correct; and that the person(s) named above is the owner of the same merchandise.

> Signature

> Title

> To the Port Director:  The merchandise described above has been examined and the contents and values are noted above.

> CBP Officer

> Date

**DELIMITERS FOR LINE ITEMS**

A solid line, broken line, or a blank line to facilitate the processing of the entry summary must separate each line item on the CBP Form 7501 and continuation sheet.

**ADDITIONAL DATA ELEMENTS**

Filers of the CBP Form 7501 may, on their own initiative, provide additional or clarifying information on the form provided such additional information does not interfere with the reporting of those required data elements.  Such additional or clarifying information may be placed in any location on the form solely at the discretion of the filer provided it does not interfere with any required data element.  In such instances, CBP will not mandate what the additional information may be or where it is to be placed on the form.

Invoices may be separately identified in the body of the CBP Form 7501 and the continuation sheet across column 28 followed by the line items appropriate to that  invoice.

**WAREHOUSE WITHDRAWAL**

If the warehouse withdrawal is for the personal use of diplomatic, consular, other privileged personnel, or for public international organizations, the CBP Form 7501 must clearly state "WAREHOUSE WITHDRAWAL FOR DIPLOMATIC USE" at the top of Column 28, followed by the words "DS Form 1504 Attached."

Blanket permits may be issued to withdraw (1) merchandise from duty-free stores for exportation, (2) merchandise for diplomatic use, and (3) merchandise for aircraft or vessel supply.

Applications for Blanket Permits shall be filed in triplicate on the CBP Form 7501. The words "APPLICATION FOR BLANKET PERMIT TO WITHDRAW" must be printed in capital letters or stamped in the top margin.

Withdrawal for blanket permits shall bear the words "APPLICATION FOR BLANKET PERMIT TO WITHDRAW." When the last withdrawal under a blanket permit is filed, the words "LAST WITHDRAWAL UNDER BLANKET PERMIT" shall be depicted on the CBP Form 7501.

**REWAREHOUSE ENTRY**

Where the CBP Form 7501 is filed as a rewarehouse entry, blocks 8, 12, 19 and 20 are not required to be completed.

**NAFTA DUTY DEFERRAL**

The CBP Form 7501 is used to file a NAFTA Duty Deferral claim (entry type 08). Refer to the Duty Deferral Handbook or contact the local CBP Office for complete instructions on how to complete the form for Duty Deferral purposes.

**CONSOLIDATED ENTRY SUMMARY**

Where the CBP Form 7501 entry summary covers more than one release, (19 C.F.R. § 142.17) report each entry or release number separately, followed by the associated line item number and information.

**TEMPORARY IMPORTATION UNDER BOND (TIB) ENTRY**

TIB Entry Summaries (type 23) are processed in CBP's automated system after review for TIB eligibility. The data required to be reported on a TIB entry summary are the same as those usually reported on a regular consumption entry. Also, 19 C.F.R. § 10.31(a)(3) identifies additional information that is required to be shown on a TIB entry summary. As a reminder, merchandise that is normally subject to quota, either on consumption entries or on withdrawals from warehouse for consumption, is also subject to quota when entered on a TIB.

**Appendix 1**

**CHECK DIGIT COMPUTATION FORMULA**

Check digits are computed from the filer code and transaction numbers (the first 7 digits of the entry number).  Entry filer codes containing alpha characters must be transformed to a numeric equivalent prior to computing the check digit.  The numeric equivalent for each alpha charter is as follows:

| | | | |
|---|---|---|---|
| A = 1 | H = 8 | O = 6 | V = 5 |
| B = 2 | I = 9 | P = 7 | W = 6 |
| C = 3 | J = 1 | Q = 8 | X = 7 |
| D = 4 | K = 2 | R = 9 | Y = 8 |
| E = 5 | L = 3 | S = 2 | Z = 9 |
| F = 6 | M = 4 | T = 3 | |
| G=7 | N = 5 | U = 4 | |

Example:  Entry filer code B76 would transform to 276 for check digit computation purposes.

    A.  Using entry filer code B76 (276) and a transaction number 0324527 as an example, the check digit is computed as follows:

        Number for which check digit will be computed is: 2 **7** 6 0 **3** 2 4 **5** 2 **7**

    B.  Start the calculation process by multiplying every other position by 2.  (Essentially, all even positions will be multiplied by 2.)

*Note:  High order zeros are a significant element in the computation process and must be included in the transaction number.  If the result of the multiplication is greater than 9, add 1 to the sum, but disregard the digit in the tens column.*

| | | | | | |
|---|---|---|---|---|---|
| 7 | 0 | 2 | 5 | 7 | |
| x2 | x2 | x2 | x2 | x2 | *(Multiply by 2)* |
| 14 | 0 | 4 | 10 | 14 | |
| +1 | | | +1 | +1 | *(Add 1 if total is greater than 9)* |
| 1**5** + | **0** + | **4** + | 1**1** + | 1**5** | *(Disregard digit in the tens column)* |

    C.  Add results.

        5 + 0 + 4 + 1 + 5 = **15**

    D.  Total all odd positions starting at the beginning: **2** 7 **6** 0 **3** 2 **4** 5 **2** 7

        2 + 6 + 3 + 4 + 2 = **17**

    E.  Add the sums from steps C and D.

        15 + 17 = 32

    F.  Subtract the units digit (last digit) derived in step E (32) from 10.  The result is the check digit.

        10 - 2 = **8**

    G.  Normally, the result of the arithmetic will be a single digit.  In instances when the units digit subtracted from the sum in step E is a 0, check digit will be 0.

The resulting entry number from the example would be shown as follows:

        B76-0324527-8

## CHECK DIGIT COMPUTATION FORMULA

Using the entry number R07-1010035, this chart was used to compute the check digit:

| | R | O | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | ? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **STEP A** | 9 | 6 | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | |
| **STEP B** | | x2 | | x2 | | x2 | | x2 | | x2 | |
| | | 12 | | 2 | | 2 | | 0 | | 10 | |
| *note | | +1 | | +0 | | +0 | | +0 | | +1 | |
| **STEP C** | | 3 | + | 2 | + | 2 | + | 0 | + | 1 | = 8 |
| **STEP D** | 9 | + | 7 | + | 0 | + | 0 | + | 3 | = | +19 |
| **STEP E** | | | | | | | | | | | 27 |
| **STEP F** | | | | | | | | | | | 10 |
| | | | | | | | | | | | -7 |
| **STEP G** | | | | | | | | | | | 3 |
| | R | O | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | 3 |

## CHECK DIGIT FACTOR

There are some filers who are authorized to use a check digit factor of 1 or higher. Essentially, the check digit factor is provided to filers who have exhausted the check digits for their filer code. The check digit factor allows the filer to compute the check digit then add one or two for the new check. When authorized, the check digit factor is posted to the filer's national filer maintenance record.

For example, if a filer has been authorized to use a check digit factor of 1, using the example above, B76-0324527-8, the check digit (8) would be changed to (9).

The Office of Field Operations, Trade Compliance and Facilitation, Broker Management Branch authorizes the Check Digit Factor.

**Appendix 2**

**RULES FOR CONSTRUCTING THE MANUFACTURER IDENTIFICATION CODE**

These instructions provide for the construction of an identifying code for a manufacturer or shipper from its name and address. The code can be up to 15 characters in length, with no inserted spaces.

To begin, for the first 2 characters, use the ISO code for the actual country of origin of the goods.  The exception to this rule is Canada.  "CA" is NOT a valid country for the manufacturer code; instead, show as one of the appropriate province codes listed below:

| | |
|---|---|
| ALBERTA | XA |
| BRITISH COLUMBIA | XC |
| MANITOBA | XM |
| NEW BRUNSWICK | XB |
| NEWFOUNDLAND (LABRADOR) | XW |
| NORTHWEST TERRITORIES | XT |
| NOVA SCOTIA | XN |
| NUNAVUT | XV |
| ONTARIO | XO |
| PRINCE EDWARD ISLAND | XP |
| QUEBEC | XQ |
| SASKATCHEWAN | XS |
| YUKON TERRITORY | XY |

Next, use the first three characters from the first two "words" of the name.  If there is only one "word" in the name, then use only the first three characters from the first name.  For example, Amalgamated Plastics Corp. would be "AMAPLA;" Bergstrom would be "BER."

If there are two or more initials together, treat them as a single word.  For example, A.B.C. Company or A B C Company would yield "ABCCOM."  O.A.S.I.S. Corp. would yield "OASCOR."  Dr. S.A. Smith yields "DRSA," Shavings B L Inc. yields "SHABL."

In the manufacturer name, ignore the English words a, an, and, of, and the.  For example, "The Embassy of Spain" would yield "EMBSPA."

Portions of a name separated by a hyphen are to be treated as a single word.  For example, "Rawles-Aden Corp." or "Rawles – Aden Corp." would both yield "RAWCOR."

Some names will include numbers.  For examples, "20th Century Fox" would yield "20TCEN" and "Concept 2000" yields "CON200."

Some words in the title of the foreign manufacturer's name should not be used for the purpose of constructing the MID.  For example, most textile factories in Macau start with the same words, "Fabrica de Artigos de Vestuario" which means "Factory of Clothing."  For a factory named "Fabrica de Artigos de Vestuario JUMP HIGH Ltd," the portion of the factory name that identifies it as a unique entity is "JUMP HIGH."  This is the portion of the name that should be used to construct the MID.  Otherwise, all of the MIDs from Macau would be the same, using "FABDE," which is incorrect.

Similarly, many factories in Indonesia begin with the prefix PT, such as "PT Morich Indo Fashion."  In Russia, other prefixes are used, such as "JSC," "OAO," "OOO," and "ZAO."  These prefixes should be eliminated for the purpose of constructing the MID.

Next, find the largest number on the street address line and use up to the first four numbers.  For example, "11455 Main Street Suite 9999" would yield "1145."  A suite number or a post office box should be used if it contains the largest number.  For example, "232 Main Street Suite 1234" would yield "1234."  If the numbers in the street address are spelled out, such as "One Thousand Century Plaza," there will be no numbers in this section of the MID.  However, if the address is "One Thousand Century Plaza Suite 345," this would yield "345."

When commas or hyphens separate numbers, ignore all punctuation and use the number that remains.  For examples, "12,34,56 Alaska Road" and "12-34-56 Alaska Road" would yield "1234."  When numbers are separated by a space, the space is a delimiter and the larger of the two numbers should be selected.  For example, "Apt. 509  2727 Cleveland St." yields "2727."

Finally, use the first three alpha characters from the city name.  "Tokyo" would be "TOK", "St. Michel" would be "STM", "18-Mile High" would be "MIL," and "The Hague" would be "HAG."  Notice that numerals in the city line are to be ignored.

For city-states, use the country name to compose the first three alpha characters.  For examples, Hong Kong would be "HON," Singapore would be "SIN," and Macau would be "MAC."


General Rules:

Ignore all punctuation, such as commas, periods, apostrophes and ampersands.  Ignore all single character initials, such as the "S" in "Thomas S. Delvaux Company."  Ignore leading spaces in front of any name or address.

Listed below are examples of manufacturer names and addresses and their MID codes:

| | |
|---|---|
| LA VIE DE FRANCE<br>243 Rue de la Payees<br>62591 Bremond, France | FRLAVIE243BRE |
| 20th CENTURY TECHNOLOGIES<br>5 Ricardo Munoz, Suite 5880<br>Caracas, Venezuela | VE20TCEN5880CAR |
| THE E.K. RODGERS COMPANIES<br>One Hawthorne Lane<br>London, England SW1Y5HO | GBEKRODLON |
| THE GREENHOUSE<br>45 Royal Crescent<br>Birmingham, Alabama 35204 | USGRE45BIR |
| CARDUCCIO AND JONES<br>88 Canberra Avenue<br>Sidney, Australia | AUCARJON88SID |
| N. MINAMI & CO., LTD.<br>2-6, 8-Chome Isogami-Dori<br>Fukiai-Ku<br>Kobe, Japan | JPMINCO26KOB |
| BOCCHACCIO S.P.A.<br>Visa Mendotti, 61<br>8320 Verona, Italy | ITBOCSPA61VER |
| MURLA-PRAXITELES INC.<br>Athens, Greece | GRMURINCATH |
| SIGMA COY E.X.T<br>4000 Smyrna, Italy<br>1640 Delgado | ITSIGCOY1640SMY |
| COMPANHIA TEXTIL KARSTEN<br>Calle Grande, 25-27<br>67890 Lisbon, Portugal | PTKAR2527LIS |
| HURON LANDMARK<br>1840 Huron Road<br>Windsor, ON, Canada N9C2L5 | XOHURLAN1840WIN |

## Charles Caldwell

| | |
|---|---|
| **From:** | Brandi Stuart <brandipstuartdesigns@gmail.com> |
| **Sent:** | Thursday, March 12, 2020 5:32 PM |
| **To:** | Charles Caldwell |
| **Subject:** | 20-288220 Brandi Stuart - Corporate Buyout and Dispute: Fwd: upcoming seasons |

In below email Tracy outlines herself that she does ALL negotiations with factories. My work list says nothing about factory or any contact with factories. Look at her list of "work"
Thanks,
Brandi

Begin forwarded message:

> **From:** Brandi Stuart <bamabrand@aol.com>
> **Date:** March 12, 2020 at 5:29:10 PM CDT
> **To:** BrandiPStuartDesigns@gmail.com
> **Subject: Fwd: Fwd:  upcoming seasons**

> -----Original Message-----
> From: Brandi Stuart <bamabrand@aol.com>
> To: brandipstuartdesigns <brandipstuartdesigns@gmail.com>
> Sent: Thu, Mar 12, 2020 06:00 AM
> Subject: Fwd: upcoming seasons

> -----Original Message-----
> From: Tracy Cochran <tracyc12rn@yahoo.com>
> To: Brandi <bamabrand@aol.com>; Jami Johnston <jamik.johnston@gmail.com>
> Sent: Thu, Apr 18, 2013 10:48 PM
> Subject: upcoming seasons

> Hey,
> I am so excited about the growth of our companies and can hardly wait to see what Paul does with BS.
> As the companies are growing, so is the workload and hopefully our paychecks:)
> As you know, it is very important that we give great customer care so we can keep our customers happy & buying from us.
>
> I thought it would be a good idea to put in writing what our responsibilities are going to be going forward so we all know what we need to be doing to keep things running smoothly.
> If anyone has any thoughts or suggestions, feel free to discuss with everyone.

EXHIBIT "B"

**Tracy---**
designs--with Brandi
scanning all designs to Donna
researching new patterns, designs
Fabric shopping--with Brandi
all communications with Donna regarding designs, approvals, po's, wires, etc
negotiating pricing with factory
making spreadsheet of all items for both companies to send to Donna to get pricing each season
all bookkeeping---
wires to factory
payroll
payroll taxes
pay all bills
all banking, deposits, reconciliations, etc
recording all deposits in quickbooks
making spreadsheet of reps monthly sales
paying sales reps monthly
assist with photo shoots for both companies
communication and shipping liquidation items to New 2 U consignment twice a year
ordering shipping supplies when needed
meeting with CPA and preparing taxes
maintaining PCI compliance for credit cards
attending at least 1 market every season if possible

**Brandi---**
designs---with Tracy
researching new patterns, designs
fabric shopping--with Tracy
website registrations for both companies--needs to be done at least twice a week
making order forms for both companies/having forms printed originally and any reorders that are needed
making sample stickers for both companies
shipping samples to all reps before 1st market starts
set up models and do photo shoots for both companies
get model consents signed for any new models
arrange for models to get clothes earned for modeling
edit photos for websites for both companies
change pictures/descriptions on both websites each season---sneak peek of each grouping on websites by 1st couple weeks of market; all photos on each website by beginning of last month of market
attending at least 1 market every season if possible

**Jami and Amy (or her replacement:(---**
supervising workers
customer service--answering phone calls & emails within 24hrs
receiving of merchandise--counting, entering into quickbooks
running of credit cards, entering payments into quickbooks
entering received inventory into quickbooks for both companies
entering all sales orders for both companies
adding new customers into quickbooks

creating purchase orders for both companies---send to Tracy
putting purchase orders in quickbooks--wait on the one I send you from Donna before entering
communication with sales reps
shipping
attending at least 1 market every season if possible
Find replacement for Amy ASAP if she plans on leaving---we can't be without her or a clone:(((
send payroll to Tracy every other Friday
tell Tracy when you need shipping supplies
communication with reps at end of season regarding leftover merchandise to try to get rid of it;
shipping to reps if needed

If ya'll can think of anything I left out or any suggestions, just let me know.

I am mailing Jeff his letter tomorrow so hopefully next season will be even bigger & better. Can't
wait!!!!

Tracy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF
FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* BRANDI STUART and BRANDI STUART,<br><br>     **Plaintiffs,**<br><br>**vs.**<br><br>TRACY HARRELL;  SIMPLY SOUTHERN STYLES CORP.; EMMA JEAN KIDS, LLC; BANANA SPLIT, LLC; THREE SISTERS DESIGNS, LLC, and MILLIE JAY, LLC,<br><br>     **Defendants.** | Case No:_____ |

## WRITTEN DECLARATION OF *QUI TAM* PLAINTIFF/RELATOR BRANDI STUART

Declarant, BRANDI STUART, states as follows:

1.    Declarant is the *Qui Tam* Plaintiff/Relator in the above-styled cause and makes this Declaration based upon personal knowledge.

2.    Declarant is over 18 years of age and is otherwise competent to make this Declaration.

3.    Declarant is the sister of Defendant, TRACY HARRELL ("HARRELL"), who since approximately 2011 has been the owner and sole shareholder of SIMPLY SOUTHERN STYLES CORP., which is the owner and sole

# COMPOSITE EXHIBIT "C"

Page 1 of 3

authorized member of Defendants EMMA JEAN KIDS, LLC; BANANA SPLIT, LLC; THREE SISTERS DESIGNS, LLC, and MILLIE JAY, LLC.

4.     At a family gathering in fall of 2019, Declarant was party to conversation between Declarant, HARRELL, and their mother involving President Trump's trade policies.

5.     Declarant's mother questioned whether the potential increased tariffs on imported goods, especially from China, would negatively impact HARRELL's companies.

6.     HARRELL advised that she was not concerned because her companies were engaged in a fraudulent practice by which HARRELL and her companies paid their suppliers the full cost of goods, but the suppliers fraudulently reduced the reported price on the import documentation in order to avoid paying full tariffs, import duties and other.

7.     HARRELL implied that if the tariffs went up, the suppliers would simply further reduce the reported price to make up the difference and avoid the tariff increase.

8.     When Declarant and her mother confronted HARRELL with the seriousness of this fraud, HARRELL made statements to the effect that it was, "no big deal," and that, "everyone" in the industry engages in this illegal practice.

**Page 2 of 3**

9.   Declarant subsequently contacted Judy Yang, product manager at Fuzhou Qihao Clothing Co., Ltd. ("Fuzhou"), a Chinese manufacturer producing garments for HARRELL and her companies.[1]

10.   Declarant bluntly asked Judy Yang by how much Fuzhou reduced the reported invoice price submitted to customs for HARRELL's companies. Yang responded that Fuzhou reduced the reported price on the invoices by 30%. A copy of text correspondence between is attached as **EXHIBIT "A"**.

FURTHER, DECLARANT SAYETH NAUGHT.

### DECLARATION PURSUANT TO 28 U.S.C § 1746

I declare under penalty of perjury that the foregoing is true and correct.

Declarant:   Brandi Stuart

Signature: _____

Address: 2955 Township Blvd.

Apt 1203

Saraland, AL 36571

Date: 6-25-2020

---

[1] Fuzhou Qihao Clothing Co., 161, North Jianxin Road of Jinshan Industrial Park, Cangshan District, Fuzhou 350002, Fujian, China.

**Page 3 of 3**



Exhibit "A"





## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT COURT OF
## FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel* **BRANDI STUART and BRANDI STUART,** | Case No:_____ |
| **Plaintiffs,** | |
| **vs.** | |
| **TRACY HARRELL;  SIMPLY SOUTHERN STYLES CORP.; EMMA JEAN KIDS, LLC; BANANA SPLIT, LLC; THREE SISTERS DESIGNS, LLC, and MILLIE JAY, LLC,** | |
| **Defendants.** | |

## <u>WRITTEN DECLARATION</u>

Declarant, SHARON Wheeler , states as follows:

1.      Declarant is the mother of the *Qui Tam* Plaintiff/Relator, BRANDI

STUART ("STUART"), and Defendant, TRACY HARRELL ("HARRELL") in the

above-styled cause and makes this Declaration based upon personal knowledge.

2.      Declarant is over 18 years of age and is otherwise competent to make

this Declaration.

3.      Declarant is aware of HARRELL's businesses, and that they involve

the import of apparel from foreign countries including but not limited to China.

**Page 1 of 3**

4.    At a family gathering in fall of 2019, Declarant was party to conversation between Declarant, HARRELL, and STUART involving President Trump's trade policies.

5.    Declarant questioned whether the potential increased tariffs on imported goods, especially from China, would negatively impact HARRELL's companies.

6.    HARRELL advised that she was not concerned because her companies were engaged in a fraudulent practice by which HARRELL and her companies paid their suppliers the full cost of goods, but the suppliers fraudulently reduced the reported price on the import documentation in order to avoid paying full tariffs, import duties and other.

7.    HARRELL implied that if the tariffs went up, the suppliers would simply further reduce the reported price to make up the difference and avoid the tariff increase.

8.    When Declarant and STUART confronted HARRELL with the seriousness of this fraud, HARRELL made statements to the effect that it was, "no big deal," and that, "everyone" in the industry engages in this illegal practice.

FURTHER, DECLARANT SAYETH NAUGHT.

## DECLARATION PURSUANT TO 28 U.S.C § 1746

I declare under penalty of perjury that the foregoing is true and correct.

Declarant (Printed Name): SHARON WHeeler.

Signature: _Sharon Wheeler_

Address: 11631 deleste Highlands Dv.East.

Saraland, Alabama 36571.

Date: 6 | 25 | 20



EXHIBIT "D"





EXHIBIT "D"



WHIBBS
STONE
BARNETT
ATTORNEYS AT LAW

PENSACOLAATTORNEY.COM

J. DONOVAN WHIBBS**
SUZANNE WHIBBS*
S. SCOTT STONE*
RYAN M. BARNETT**
RICHARD H. TURNER III**
GREGORY M. WHIBBS, JR.*

**LICENSED TO PRACTICE IN FLORIDA AND ALABAMA
*LICENSED TO PRACTICE IN FLORIDA

**March 23, 2020**

<u>**VIA EMAIL ONLY**</u>

Litvak Beasley Wilson & Ball
ATTN: Mr. Paul Wilson, Esq.
40 South Palafox St.
Pensacola, FL 32502

RE:    Brandi Stuart/Tracy Harrell

Dear Mr. Wilson:

I am in receipt of your letter dated March 11, 2020. It is important to correct the very significant misinformation that it appears you have been given by your client. I have enclosed a 2013 e-mail in which your client sets out the responsibilities of each of the three sisters. You will note that Ms. Stuart's responsibilities have nothing to do with obtaining or negotiating pricing, handling shipping or importation, or any other financial activities of the companies. Your client's responsibilities specifically include negotiating pricing with factories, wires to factories, and all bookkeeping. As stated in Ms. Stuart's January 3, 2019 e-mail to your client (copy enclosed), one of her primary concerns was being, "out of the loop," due to your client's refusal to let her review the company books and financial records, including the wires to factories, the broker's fees, and factory invoices. Ms. Stuart's only contact with the factories has been to select items such as lace, fabrics, and buttons, and some limited communication regarding whether certain factories could meet the companies' production needs. She has not been involved in negotiating prices with the factories for several years, except to occasionally review the pricing sent to her by your client. She has never communicated at all with the Chinese factories. She has absolutely no concern that any investigation under the FCA would implicate her in any way.

There appears to have been a misunderstanding of my explanation of the way in which your client has illegally avoided paying duties on imported items. I do not want the activity that Ms. Stuart discovered to get lost in semantics, so I will attempt to clarify this as best I can. Your client negotiates the price of goods with the factories. The goods are assigned a duty based on that price, the type of goods (i.e., shirts, pants, dresses) and country of origin/applicable trade agreements and treaties. The cost of the goods and the duties are recorded on CPB Form 7501, a copy of which is enclosed for your reference. You are correct that the factories send an invoice which the broker then uses to fill out Form 7501. However, your client does not simply cut a check. She receives a copy of Form 7501 and is aware of the prices listed on it.

What Ms. Stuart discovered that your client has been doing for several years, in concert with the foreign factories, is having the factories misstate a lower price on their invoices for goods than the price she actually paid. This results in fraudulent numbers being used by the broker in the

EXHIBIT "E"

calculation of the duties on Form 7501, resulting in lower duties being paid. She still sends the full price to the factories. For example, if the price she negotiated for a shirt is $10.00 with a 17% ($1.70) duty, she sends the factory $10.00. However, the price stated on the invoice might only be $2.00, resulting in a duty of only $0.34. Your client has expressly acknowledged this activity, which is a clear violation of the FCA, to Ms. Stuart. Ms. Stuart is highly confident that a review of the outgoing payments together with the corresponding import information will show that the amount actually paid for the goods is higher than what is indicated on the CPB Forms used to calculate the duties. As your client contends that she is sole owner of the company, and also indicated in the enclosed e-mail that she is the party responsible for negotiating pricing with the factories, sending the wires, and all bookkeeping, she is solely responsible. As I am sure your client is aware, in addition to the penalties on U.S. businesses who violate the FCA, foreign companies who do so can also end up being blacklisted and having their goods, including those ordered by your client, rejected and seized by customs.

In addition to the FCA violations, it has also come to my attention that your client has infringed on numerous copyrights by having foreign factories reproduce copyrighted fabrics and/or produce fabrics that feature the intellectual property of companies including but not limited to Disney, Pixar, Random House (Dr. Seuss), Hasbro, Marvel, and the SEC. Ms. Stuart believes that there may be over 100 such counterfeit fabrics ordered by your client. For all of the foregoing reasons, Ms. Stuart is not interested in settling in exchange for the ownership of one of the companies, as previously offered by your client. She is understandably concerned about taking ownership of an entity that is open to a potentially massive amount of liability and scrutiny by the federal government. She has further been advised by various reps that your client has already begun publicly disparaging her within the industry, making such an arrangement untenable.

Finally, the notion that Ms. Stuart was performing unsatisfactory work is, frankly, ridiculous. Ms. Stuart has been primarily responsible for the designs which have led to the company's success. As far back as 2012, even before adding two of the subsidiaries, the company did $1.2 million in sales based off those designs. I have enclosed an e-mail from your client dated May 16, 2013, in which she states that she is, "so excited" about the designs. This message thread includes an e-mail from our clients' sister, Jami Johnston, exclaiming that the designs are, "SO GOOD…and I can't wait to see our sales next season." Ms. Stuart never heard anything about her work being unsatisfactory until she began to question the why she was being locked out the company books and finances and raised concerns about the your client's illegal business practices, shortly after which she was terminated by your client.





Please do not hesitate to contact me if you have any questions or wish to discuss this matter further.


Respectfully,

Chase Caldwell

Encl.
cc: Brandi Stuart

**From:**
**Sent:**
**To:**
**Subject:**

Begin forwarded message:

> **From:** Brandi Stuart <bamabrand@aol.com>
> **Date:** March 12, 2020 at 5:29:10 PM CDT
> **To:** BrandiPStuartDesigns@gmail.com
> **Subject: Fwd: Fwd:  upcoming seasons**

-----Original Message-----
From: Brandi Stuart <bamabrand@aol.com>
To: brandipstuartdesigns <brandipstuartdesigns@gmail.com>
Sent: Thu, Mar 12, 2020 06:00 AM
Subject: Fwd: upcoming seasons

-----Original Message-----
From: Tracy Cochran <tracyc12rn@yahoo.com>
To: Brandi <bamabrand@aol.com>; Jami Johnston <jamik.johnston@gmail.com>
Sent: Thu, Apr 18, 2013 10:48 PM
Subject: upcoming seasons

Hey,
I am so excited about the growth of our companies and can hardly wait to see what Paul does with BS.
As the companies are growing, so is the workload and hopefully our paychecks:)
As you know, it is very important that we give great customer care so we can keep our customers happy & buying from us.

I thought it would be a good idea to put in writing what our responsibilities are going to be going forward so we all know what we need to be doing to keep things running smoothly.
If anyone has any thoughts or suggestions, feel free to discuss with everyone.

34

**Tracy---**
designs--with Brandi
scanning all designs to Donna
researching new patterns, designs
Fabric shopping--with Brandi
all communications with Donna regarding designs, approvals, po's, wires, etc
negotiating pricing with factory
making spreadsheet of all items for both companies to send to Donna to get pricing each season
all bookkeeping---
wires to factory
payroll
payroll taxes
pay all bills
all banking, deposits, reconciliations, etc
recording all deposits in quickbooks
making spreadsheet of reps monthly sales
paying sales reps monthly
assist with photo shoots for both companies
communication and shipping liquidation items to New 2 U consignment twice a year
ordering shipping supplies when needed
meeting with CPA and preparing taxes
maintaining PCI compliance for credit cards
attending at least 1 market every season if possible

**Brandi---**
designs---with Tracy
researching new patterns, designs
fabric shopping--with Tracy
website registrations for both companies--needs to be done at least twice a week
making order forms for both companies/having forms printed originally and any reorders that are needed
making sample stickers for both companies
shipping samples to all reps before 1st market starts
set up models and do photo shoots for both companies
get model consents signed for any new models
arrange for models to get clothes earned for modeling
edit photos for websites for both companies
change pictures/descriptions on both websites each season---sneak peek of each grouping on websites by 1st couple weeks of market; all photos on each website by beginning of last month of market
attending at least 1 market every season if possible

**Jami and Amy (or her replacement:(---**
supervising workers
customer service--answering phone calls & emails within 24hrs
receiving of merchandise--counting, entering into quickbooks
running of credit cards, entering payments into quickbooks
entering received inventory into quickbooks for both companies
entering all sales orders for both companies
adding new customers into quickbooks

creating purchase orders for both companies---send to Tracy
putting purchase orders in quickbooks--wait on the one I send you from Donna before entering
communication with sales reps
shipping
attending at least 1 market every season if possible
Find replacement for Amy ASAP if she plans on leaving---we can't be without her or a clone:(((
send payroll to Tracy every other Friday
tell Tracy when you need shipping supplies
communication with reps at end of season regarding leftover merchandise to try to get rid of it;
shipping to reps if needed

If ya'll can think of anything I left out or any suggestions, just let me know.

I am mailing Jeff his letter tomorrow so hopefully next season will be even bigger & better. Can't
wait!!!!

Tracy

**From:** Brandi Stuart <brandipstuartdesigns@gmail.com>

**Date:** January 3, 2019 at 7:22:15 PM CST
**To:** Tracy Cochran <tracyc12rn@yahoo.com>
**Subject: Info needed**

I'm feeling way out of the loop on a company that i own a third of. This is not personal at all, just want to be in the loop in everything we do and have quarterly or mid year meetings with owners.

Im requesting Four years of records.
All accounting  books, notes receipts,  tax information given to cpa, name and number of CPA
Credit card bills
Tally's of what each person has personal money on company but deducted  from profit shares

Wires to factory / money paid it Donna's fees per season and how paid
Expense report (detailed)
Profit and loss report (detailed not one number)
ALL Payroll reports including bonuses, including friends , family, temporary helpers (detailed not one number )
How do much do we pay for the basement? What cell phones do we pay for ?
Have we replaced Jackie?
Initial loan you Made to me and interest paid on that loan.
Brokerage firm we are using for imports. (Bill Krauss?)
Invoices from each factory but original amount wired.
Was there any money left at the "end" of the year to dole out of profit share. You mentioned you were being cautious with amounts given. Is there any left? If so, i want it in check and not direct deposit. (To be discussed why)
I also need a login and password  to new system Jeff installed or helper installed with to be able to login to quickbooks.

Bottom line these are things i need to know when i own 1/3 of a company and never get told anything. I have to ask. I've asked at least 2-3 years for a copy of our profit and loss statements and balance sheets detailed and haven't gotten one piece of paper. Except a paycheck every month.

Also I'm going to both markets this year. Think Atlanta's Is feb 5-9z I'll check Dallas dates. I'll be driving to Atlanta but will need hotel etc . Flying to Dallas.

If you could bring all binders, taxes and info requested above let me know. If I need to come pick it up let me know. I will need a week or so to go through it.


I also want your will addressed ( my name taken off eks added ) and I'll have a trust built for Ella Katherine for my share minus a design fee each season. She should be included in profit shares etc. I'm making an appointment this week which will
Probably be for next week or the next for the trust/will. Etc.
i don't need to see your whole will just any part that pertains to our business.


Scratch that on me seeing a trust attorney. I googled and Because the property is in your name even though I own 1/3rd You will have to leave it in a trust exactly to Ella Katherine. I will decide how my third is to be decided etc and I will pay for all trust atty fees.


Thanks,
Brandi



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1661-0022
EXPIRATION DATE 01/31/2021

## ENTRY SUMMARY

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin US | 11. Import Date |
|---|---|---|---|

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country US | 15. Export Date |
|---|---|---|---|

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|

| 25. Ultimate Consignee Name (Last, First, M.I.) and Address | 26. Importer of Record Name (Last, First, M.I.) and Address |
|---|---|
| Street | Street |
| City          State          Zip | City          State          Zip |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and IR Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | | | | | | | |

| Other Fee Summary (for Block 39) | 35. Total Entered Value $ | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| | | A. LIQ Code | B. Ascertained Duty | 37. Duty |
| | Total Other Fees $ | REASON CODE | C. Ascertained Tax | 38. Tax |
| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

36. Declaration of Importer of Record (Owner or Purchaser) or
    Authorized Agent

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, **OR** ☐ owner or purchaser or agent thereof.  I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.  I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. Declarant Name (Last, First, M.I.) | Title | Signature | Date |
|---|---|---|---|

| 42. Broker/Filer Information Name (Last, First, M.I.) and Phone Number | 43. Broker/Importer File Number |
|---|---|

CBP Form 7501 (12/19)

Page 1 of 3



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## ENTRY SUMMARY CONTINUATION SHEET

| 1. Filer Code/Entry Number |
| --- |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and IR Tax | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 29. A. HTSUS No. B. AD/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | | | | | | | |

### Privacy Act Statement

This Privacy Act Statement serves to inform you of why DHS is requesting the information on this form.

**Authority:**
CBP Form 7501 is authorized by 19 U.S.C. 1484 and provided for by 19 CFR 142.11 and CFR 141.61.

**Purpose:**
CBP is requesting this information to identify merchandise entering the commerce of the United States, and to document the amount of duty and/or tax paid.

**Routine Uses:**
The information requested on this form may be shared externally as a "routine use" with appropriate federal, state, local, tribal, or foreign governmental agencies, or multilateral governmental organizations, to assist DHS in investigating or prosecuting the violations of, or for enforcing or implementing, a statute, rule, regulation, order, license, or treaty or when DHS determines that the information would assist in the enforcement of civil or criminal laws. A complete list of the routine uses can be found in the system of records notice associated with this form, "DHS/CBP-001 Import Information System." The Department's full list of system of records notices can be found on the Department's website at http://www.dhs.gov/system-records-notices-sorns.

**Consequences of Failure to Provide Information:**
This information is required from the importer, or the importer's agent, for each import transaction. Failure to provide this information will prevent CBP from carrying out the regulatory requirements associated with import transaction documentation and may result in penalties to importer or agent

# CBP FORM 7501 INSTRUCTIONS

**BLOCK 1) ENTRY NUMBER**

Record the 11-digit alphanumeric code. The entry number is comprised of the three-digit filer code, followed by the seven-digit entry number, and completed with the one-digit check digit.

Entry Filer Code represents the three-character alphanumeric filer code assigned to the filer or importer by CBP.

Entry Number represents the seven-digit number assigned by the filer. The number may be assigned in any manner convenient, provided that the same number is not assigned to more than one CBP Form 7501. Leading zeros must be shown.

Check digit is computed on the previous 10 characters. The formula for calculating the check digit can be found in Appendix 1.

**BLOCK 2) ENTRY TYPE**

Record the appropriate entry type code by selecting the two-digit code for the type of entry summary being filed. The first digit of the code identifies the general category of the entry (i.e., consumption = 0, informal = 1, warehouse = 2). The second digit further defines the specific processing type within the entry category. The following codes shall be used:

Consumption Entries

| | |
|---|---|
| Free and Dutiable | 01 |
| Quota/Visa | 02 |
| Antidumping/Countervailing Duty (AD/CVD) | 03 |
| Appraisement | 04 |
| Vessel Repair | 05 |
| Foreign Trade Zone Consumption | 06 |
| Quota/Visa and AD/CVD Combinations | 07 |
| Duty Deferrals | 08 |

Informal Entries

| | |
|---|---|
| Free and Dutiable | 11 |
| Quota Other than Textiles | 12 |

Warehouse Entries

| | |
|---|---|
| Warehouse | 21 |
| Re-Warehouse | 22 |
| Temporary Importation Bond | 23 |
| Trade Fair | 24 |
| Permanent Exhibition | 25 |
| Foreign Trade Zone Admission | 26 |

Warehouse Withdrawal

| | |
|---|---|
| For Consumption | 31 |
| Quota/Visa | 32 |
| AD/CVD | 34 |
| Quota/Visa and AD/CVD Combinations | 38 |

Government Entries

| | |
|---|---|
| Defense Contract Management Command (DCMAO NY) Military Only (P99 filer) | 51 |
| Any U.S. Federal Government agency (other than DCMAO NY) | 52 |

Note: When the importer of record of emergency war materials is not a government agency, entry type codes 01, 02, 03, etc., as appropriate, are to be used.

Transportation Entries

| | |
|---|---|
| Immediate Transportation | 61 |
| Transportation and Exportation | 62 |
| Immediate Exportation | 63 |

Automated Broker Interface (ABI) processing requires an ABI status indicator. This indicator must be recorded in the entry type code block. It is to be shown for those entry summaries with ABI status only, and must be shown in one of the following formats:

ABI/S = ABI statement paid by check or cash

ABI/A = ABI statement paid via Automated Clearinghouse (ACH)

ABI/P = ABI statement paid on a periodic monthly basis

ABI/N = ABI summary not paid on a statement

Note: Either a slash (/) or hyphen (-) may be used to separate ABI from the indicator (i.e., ABI/S or ABI-S).

A "LIVE" entry is when the entry summary documentation is filed at the time of entry with estimated duties. Warehouse withdrawals are always considered "LIVE" entries. When a "LIVE" entry/entry summary is presented, an additional indicator is required to be shown in the following formats:

ABI/A/L = ABI statement paid via ACH for a "live" entry/entry summary

ABI/N/L = ABI "live" entry/entry summary not paid on a statement

"LIVE" or "L" = non-ABI "live" entry/entry summary

## BLOCK 3) SUMMARY DATE

Record the month, day, and year (MM/DD/YYYY) on which the entry summary is filed with CBP. The record copy of the entry summary will be time stamped by the filer at the time of presentation of the entry summary. In the case of entry summaries submitted on an ABI statement, only the statement is required to be time stamped.

This block should not be printed or typed prior to presentation of the entry/entry summary. Use of this field is optional for ABI statement entries. The time stamp will serve as the entry summary date.

The filer will record the proper team number designation in the upper right portion of the form above this block (three-character team number code). For ABI entry summaries, the team number is supplied by CBP's automated system in the summary processing output message.

## BLOCK 4) SURETY NO.

Record the three digit numeric code that identifies the surety company on the Customs Bond. This code can be found in block 7 of the CBP Form 301, or is available through CBP's automated system to ABI filers, via the importer bond query transaction. For U.S. Government importations and entry types not requiring surety, code 999 should appear in this block. When cash or Government securities are used in lieu of surety, use code 998.

## BLOCK 5) BOND TYPE

Record the single digit numeric code as follows:

> 0 - U.S. Government or entry types not requiring a bond
>
> 8 - Continuous
>
> 9 - Single Transaction

Bond type "0" should be used in conjunction with surety code "999" for government entries secured by stipulation as provided for in 19 C.F.R. § 10.101(d).

Bond type "8" or "9," as appropriate, should be used in conjunction with surety code "998" when cash or government securities are deposited in lieu of surety.

Bond type "9" should be used in conjunction with surety code "999" when surety has been waived in accordance with 19 C.F.R. § 142.4 (c).  A single entry bond should be attached to the entry summary package.

## BLOCK 6) PORT CODE

Record the U.S. port code utilizing the Schedule D, Customs District and Port Codes, listed in Annex C of the Harmonized Tariff Schedule (HTS).  The port is where the merchandise was entered under an entry or released under an immediate delivery permit.  Use the following format: DDPP (no spaces or hyphens).

## BLOCK 7) ENTRY DATE

Record the month, day, and year (MM/DD/YYYY) on which the goods are released, except for immediate delivery, quota goods, or where the filer requests another date prior to release (see 19 C.F.R. § 141.68).  It is the responsibility of the filer to ensure that the entry date shown for entry/entry summaries is the date of presentation (i.e., the time stamp date).  The entry date for a warehouse withdrawal is the date of withdrawal.

## BLOCK 8) IMPORTING CARRIER

For merchandise arriving in the U.S. by vessel, record the name of the vessel that transported the merchandise from the foreign port of lading to the first U.S. port of unlading.  Do not record the vessel identifier code in lieu of the vessel name. Pursuant to General Statistical Note 1 (a) (ii) of the HTS, the reporting of the vessel flag is not required.  For merchandise arriving in the U.S. by air, record the two-digit IATA alpha code corresponding to the name of the airline which transported the merchandise from the last airport of foreign lading to the first U.S. airport of unlading.

If the carrier file does not contain a specific air carrier's code, write the designation "*C"  for Canadian airlines, "*F" for other foreign airlines, and "*U" for U.S. airlines.

These designations should be used only for unknown charter and private aircraft.  When a private aircraft is being entered under its own power (ferried), the designation "***" will be used.

For merchandise arriving in the U.S. by means of transportation other than vessel or air, leave blank.

Do not record the name of a domestic carrier transporting merchandise after initial lading in the U.S.

For merchandise arriving in the customs territory from a U.S. Foreign Trade Zone (FTZ), insert "FTZ" followed by the FTZ number.  Use the following format:  FTZ NNNN

**BLOCK 9) MODE OF TRANSPORT**

Record the mode of transportation by which the imported merchandise entered the U.S. port of arrival from the last foreign country utilizing the following two-digit numeric codes:

10 - Vessel, non-container (including all cargo at first U.S. port of unlading aboard a vessel regardless of later disposition; lightered, land bridge and LASH all included).  If container status unknown, but goods did arrive by vessel, use this code.

11 - Vessel, container

12 - Border, Waterborne (used in cases where vessels are used exclusively to ferry automobiles, trucks, and/or rail cars, carrying passengers and baggage and/or cargo and merchandise, between the U.S. and a contiguous country).

20 - Rail, non-container

21 - Rail, container

30 - Truck, non-container

31 - Truck, container

32 - Auto

33 - Pedestrian

34 - Road, other

40 - Air, non-container

41 - Air, container

50 - Mail

60 - Passenger, hand-carried

70 - Fixed transport installation (includes pipelines, powerhouse, etc.)

For merchandise arriving in the customs territory from a U.S. FTZ, leave blank.

**BLOCK 10) COUNTRY OF ORIGIN**

Record the country of origin utilizing the International Organization for Standardization (ISO) country code located in Annex B of the HTS.

The country of origin is the country of manufacture, production, or growth of any article.  If the article consists of material produced, derived from, or processed in more than one foreign territory or country, or insular possession of the U.S., it shall be considered a product of that foreign territory or country, or insular possession, where it last underwent a substantial transformation.  For reporting purposes only on the CBP Form 7501, whenever merchandise has been returned to the U.S. after undergoing repair, alteration, or assembly under HTS heading 9802, the country of origin should be shown as the country in which the repair, alteration, or assembly was performed.

When merchandise is invoiced in or exported from a country other than that in which it originated, the actual country of origin shall be specified rather than the country of invoice or exportation.  When an entry summary covers merchandise from more than one country of origin, record the word "MULTI" in this block.  In column 27, directly below the line number, prefixed with the letter "O," indicate the ISO code corresponding to each line item.

Where line items are segregated by invoice, indicate the ISO code corresponding to each invoice.

**Special Note for Goods of Canadian Origin**

The ISO country code "CA" for Canada for goods of Canadian Origin will no longer be reported as a country of origin. As of May 15, 1997, the Canadian Province codes will replace the code "CA".

The following conditions in which the "CA" is acceptable, in addition to the Province Codes:

1. Withdrawals of goods from warehouses for consumption.

2. Entries of goods from Foreign Trade Zones into the Commerce of the U.S.

3. Informal entries.

4. Imports of Canadian origin arriving from countries other than Canada.

5. Cargo selectivity entries not certified from entry summary, i.e. full cargo selectivity entries provided with entry data only or border cargo selectivity entries.

6. Data elements intended specifically for other government agencies, e.g. FDA , DOT, and EPA which only allow "CA" to be used as the origin code.

Additional information related to reporting the correct ISO country code for goods of Canadian Origin can be found in CSMS# 97-000267 and 02-000071

## BLOCK 11) IMPORT DATE

For merchandise arriving in the U.S. by vessel, record the month, day, and year (MM/DD/YYYY) on which the importing vessel transporting the merchandise from the foreign country arrived within the limits of the U.S. port with the intent to unlade.

For merchandise arriving in the U.S. other than by vessel, record the month, day, and year (MM/DD/YYYY) in which the merchandise arrived within the U.S. port limits.

For merchandise entering the customs territory for consumption from a U.S. FTZ, in compliance with 19 C.F.R. § 146.63, if the import date is not the date of removal from the zone, leave blank.

For merchandise moving from a U.S. FTZ to a bonded warehouse in the customs territory, in compliance with 19 C.F.R. § 146.64, report the month, day, and year (MM/DD/YYYY) of importation.

## BLOCK 12) BILL OF LADING (B/L) OR AIR WAYBILL (AWB) NUMBER

Record the number assigned on the manifest by the international carrier delivering the goods to the U.S.

Each B/L number for vessel or rail shipments must conform to a unique format comprised of 2 elements. The first element comprises the first four characters of the unique bill number, and is the Standard Carrier Alpha Code (SCAC) of the bill's issuer. The second element may be any length up to a maximum 12 characters and may be alpha and/or numeric.  Use the following format:  ABCD1234567

If multiple bills are associated with an entry summary, list additional B/L or AWB numbers across the top of column 28 or on a separate attachment.

## BLOCK 13) MANUFACTURER ID (MID)

This block is provided to accommodate the manufacturer/shipper identification code.  This code identifies the manufacture/ shipper of the merchandise by a constructed code.  The method for deriving the code can be found in Appendix 2.  For the purposes of this code, the manufacturer should be construed to refer to the invoicing party or parties (manufacturers or other direct suppliers).  The name and address of the invoicing party, whose invoice accompanies the CBP entry, should be used to construct the MID.  The manufacturer/shipper identification code is required for all entry summaries and entry/entry summaries, including informal entries, filed on the CBP Form 7501.

For textile shipments, the manufacturer should be construed to refer to the actual manufacturer in accordance with 19 CFR 102.23(a) and the Appendix to 19 CFR Part 102 – Textile and Apparel Manufacturer Identification.

Non-textile shipments may use the invoicing party or parties (manufacturers or other direct suppliers).

When an entry summary covers merchandise from more than one manufacturer, record the word "MULTI" in this block. In column 28, indicate the MID Code corresponding to each line item. If there is more than one vendor for a particular HTS number, separate line items will be required for each MID.

## BLOCK 14) EXPORTING COUNTRY

Record the exporting country utilizing the ISO country code located in Annex B of the HTS.

The country of exportation is the country of which the merchandise was last part of the commerce and from which the merchandise was shipped to the U.S. without contingency of diversion.

When an entry summary covers merchandise from more than one country of export, record the word "MULTI" in this block. In column 27, directly below the line number, prefixed with the letter "E," indicate the ISO code corresponding to each line item. Where line items are segregated by invoice, indicate the ISO code corresponding to each invoice.

For merchandise entering the customs territory from a U.S. FTZ, if multiple countries of export are involved, indicate the country of export with the greatest value. In the case where the merchandise is U.S. goods returned and the filer opts to pay the duty and report only the Chapter 1 - 97 HTS number, report the country of invoice or exportation. Country of export U.S. will not be acceptable when country of origin is U.S.

## BLOCK 15) EXPORT DATE

For merchandise exported by vessel, record the month, day, and year (MM/DD/YYYY), on which the carrier departed the last port in the exporting country.

For merchandise exported by air, record the month, day, and year (MM/DD/YYYY), on which the aircraft departed the last airport in the exporting country.

For overland shipments from Canada or Mexico and shipments where the port of lading is located outside the exporting country (e.g., goods are exported from Switzerland but laden and shipped from Hamburg, Germany), record the month, day, and year (MM/DD/YYYY), that the goods crossed the border of the exporting country (Switzerland in this example).

For mail shipments, record the month, day, and year (MM/DD/YYYY) of export as noted on the Notice to Addressee, CBP Form 3509.

For goods entering the customs territory from a U.S. FTZ, leave blank.

When an entry summary covers merchandise with more than one date of export, record the word "MULTI" in this block. In column 27, directly below the line number, indicate the date corresponding to each line item. Where line items are segregated by invoice, indicate the date corresponding to each invoice.

For textile merchandise, refer to additional requirements listed under VISA NUMBER/CERTIFICATE OF ELIGIBILITY/EXPORT CERTIFICATE in Column 33(d) instructions.

## BLOCK 16) IMMEDIATE TRANSPORTATION (IT) NUMBER

Record the IT number obtained from the CBP Form 7512, AWB number from the Transit Air Cargo Manifest (TACM), or Automated Manifest System (AMS) master in-bond (MIB) movement number.

When an entry summary covers merchandise with more than one IT, place additional IT numbers and associated IT dates across the top of column 28 or on a separate attachment.

If merchandise moves on an IT into a U.S. FTZ, the IT number need not be recorded on the CBP Form 7501 when the merchandise is removed from the zone.

**BLOCK 17) IT DATE**

Record the month, day, and year (MM/DD/YYYY), obtained from the CBP Form 7512, TACM, or AMS MIB record.

When an entry summary covers merchandise with more than one IT, place additional IT numbers and associated IT dates across the top of column 28 or on a separate attachment.

Note: IT date cannot be prior to import date.

**BLOCK 18) MISSING DOCUMENTS**

Record the appropriate document code number(s) to indicate documents not available  at the time of filing the entry summary. A maximum of two codes may be used.  The bond charge should be made on the entry summary only for those documents required to be filed with the entry summary.

The following codes shall be used:

     01 - Commercial Invoice

     10 - CBP FORM 5523 (19 C.F.R. § 141.89) (Optional for footwear)

     16 - Corrected Commercial Invoice (19 C.F.R. § 141.89, et al)

     17 - Other Agency Form (19 C.F.R. § Part 12)

     19 - Scale weight

     21 - Coffee Form O

     22 - Chemical Analysis

     23 - Outturn Report

     26 - Packing List (19 C.F.R. § 141.86(e))

     98 - Not Specified Above

     99 - If three or more documents are missing, record the code number for the first document and insert code "99" to indicate more than one additional document is missing.

If a document has been waived prior to entry summary filing or is not required at time of entry summary, it should not be recorded as a missing document.

Be aware that the following forms cannot be waived and filers shall be obligated to file the forms within the appropriate time limits:

     14 - Lease Statements (19 C.F.R. § 10.108)

     15 - Re Melting Certificate (19 C.F.R. § 54.6(a))

     18 - Duty Free Entry Certificate (19 C.F.R. § 10.102; 9808.00.3000)

     20 - End Use Certificate (19 C.F.R. § 10.138)

**BLOCK 19) FOREIGN PORT OF LADING**

For merchandise arriving in the U.S. by vessel, record the five digit numeric code listed in the "Schedule K" (Classification of Foreign Ports by Geographic Trade Area and  Country) for the foreign port at which the merchandise was actually laden on the vessel that carried the merchandise to the U.S.  The "Schedule K" may be retrieved at:

     http://www.iwr.usace.army.mil/ndc/wcsc/scheduleK/schedulek.htm

If the actual port name is not provided, use the code for "all other ports" for the country in which the merchandise was laden on the vessel that carried the merchandise to the U.S.

When an entry summary covers merchandise with more than one foreign port of lading, record the word "MULTI" in this block. In column 27, directly below the line number, indicate the code corresponding to each line item. When line items are segregated by invoice, indicate the code corresponding to each invoice.

When merchandise is transported by a mode of transportation other than vessel, leave blank.

For merchandise entering the customs territory from a U.S. FTZ, leave blank.

## BLOCK 20) U.S. PORT OF UNLADING

Record the U.S. port code where the merchandise was unladen from the importing vessel, aircraft or train. Do not show the name of the port instead of the numeric code.

For merchandise arriving in the U.S. by means of transportation other than vessel, rail or air, leave blank.

For merchandise arriving in the customs territory from a U.S. FTZ, leave blank.

## BLOCK 21) LOCATION OF GOODS/General Order (GO) Number

Where the entry summary serves as entry/entry summary, record the pier or site where the goods are available for examination. For air shipments, record the flight number. Where the Facilities Information and Resources Management (FIRMS) codes are available, they must be used in lieu of pier/site.

Where the entry summary is used for merchandise that has been placed in GO, record the number assigned by CBP in the following format:  G.O. NNNNNNNNNNNNN

Where the entry summary is used for merchandise placed in a bonded warehouse, record the name and the FIRMS code of the bonded warehouse where the goods will be delivered.

## BLOCK 22) CONSIGNEE NUMBER

Record the Internal Revenue Service (IRS) Employee Identification Number (EIN), Social Security Number (SSN), or CBP assigned number of the consignee.  This number must reflect a valid identification number filed with CBP via the CBP Form 5106  or its electronic equivalent.  When the consignee number is the same as the importer of record number, the word "SAME" may be used in lieu of repeating the importer of record number.

Only the following formats shall be used:

     IRS EIN NN-NNNNNNN

     IRS EIN with suffix NN-NNNNNNNXX

     SSN NNN-NN-NNNN

     CBP assigned number YYDDPP-NNNNN

For consolidated shipments, enter zeros in this block in the IRS EIN format shown above (i.e., 00-0000000).  The reporting of zeros on the entry summary is limited to consolidated shipments and consolidated entry summaries.

## BLOCK 23) IMPORTER NUMBER

Record the IRS EIN, SSN, or CBP assigned number of the importer of record.  Proper format is listed under the instructions for Consignee Number.

## BLOCK 24) REFERENCE NUMBER

Record the IRS EIN, SSN, or CBP assigned number of the individual or firm to whom  refunds, bills, or notices of extension or suspension of liquidation are to be sent (if other than the importer of record and only when a CBP Form 4811 is on file).  Proper format is listed under the instructions for Consignee Number.  Do not use this block to record any other information.

**BLOCK 25) ULTIMATE CONSIGNEE NAME AND ADDRESS**

At the time of Entry Summary, record the name and address of the individual or firm purchasing the merchandise or, if a consigned shipment, to whom the merchandise is consigned. If those parties are not known, indicate to whose premises the merchandise is being shipped. If this information is the same as the importer of record, leave blank.

Note: For express consignment shipments and land border shipments, at the time of Entry Summary, record the name and address of the individual or firm for whose account the merchandise is shipped. The account of party is the actual owner, who is holder of title to the goods.

In the space provided for indicating the state, report the ultimate state of destination of the imported merchandise, as known at the time of entry summary filing. If the contents of the shipment are destined to more than one state or if the entry summary represents a consolidated shipment, report the state of destination with the greatest aggregate value. If in either case, this information is unknown, the state of the ultimate consignee, or the state where the entry is filed, in that order, should be reported. However, before either of these alternatives is used, a good faith effort should be made by the entry filer to ascertain the state where the imported merchandise will be delivered. In all cases, the state code reported should be derived from the standard postal two-letter state or territory abbreviation.

On a warehouse withdrawal, the original warehouse entry number should be recorded at the bottom of this block.

**BLOCK 26) IMPORTER OF RECORD NAME AND ADDRESS**

Record the name and address, including the standard postal two-letter state or territory abbreviation, of the importer of record. The importer of record is defined as the owner or purchaser of the goods, or when designated by the owner, purchaser, or consignee, a licensed customs broker. The importer of record is the individual or firm liable for payment of all duties and meeting all statutory and regulatory requirements incurred as a result of importation, as described in 19 C.F.R. § 141.1(b). The importer of record shown on the invoice should be the same party on the CBP Form 7501, unless the CBP form reflects a licensed customs broker.

**COLUMN 27) LINE NUMBER**

Record the appropriate line number, in sequence, beginning with the number 001.

A "line number" refers to a commodity from one country, covered by a line which includes a net quantity, entered value, HTS number, charges, rate of duty and tax. However, some line numbers may actually include more than one HTS number and value. For example, many items in Chapter 98 of the HTS require a dual HTS number. Articles assembled abroad with U.S. components require the HTS number 9802.00.80 along with the appropriate reporting number of the provision in Chapters 1 through 97.

Also, many items in Chapter 91 of the HTS require as many as four HTS numbers. Watches classifiable under subheading 9101.11.40, for example, require that the appropriate reporting number and duty rate be shown separately for the movement, case, strap, band or bracelet, and battery. A separate line item is also required for each commodity that is the subject of a Customs binding ruling. Proper format is listed under the instructions for HTS number.

Where a reporting number is preceded by an alpha character designating a special program (i.e., NAFTA = "CA" or "MX"; GSP = "A"), that indicator is to be placed in column 27, directly below the line number. The special program indicator (SPI) should be right justified on the same line and immediately preceding the HTS number to which it applies. If more than one HTS number is required for a line item, place the SPI on the same line as the HTS number upon which the rate of duty is based. If more than one SPI is used, the primary indicator that establishes the rate of duty is shown first, followed by a period and the secondary SPI immediately following.

If "MULTI" was recorded in block(s) 10, 14, 15, and/or 19, the appropriate codes or dates are to be shown in column 27 below the SPI. See specific instructions for those items with multiple elements.

**COLUMN 28) DESCRIPTION OF MERCHANDISE**

A description of the articles in sufficient detail to permit the classification thereof under the proper statistical reporting number in the HTS should be reported at the top of column 28. The standard definitions from the CBP HTS database are acceptable for this requirement.

For a warehouse withdrawal, all copies of the CBP Form 7501 must be clearly marked "WAREHOUSE WITHDRAWAL FOR CONSUMPTION" at the top of column 28, followed by the words "FINAL WITHDRAWAL" if applicable. Next will be the "Bonded Amount" (quantity in the warehouse account before the withdrawal), "Withdrawal" (quantity being withdrawn), and "Balance" (quantity remaining in warehouse after withdrawal), as required in 19 C.F.R. § 144.32(a).

Transfer of the right to withdraw the merchandise included on the CBP Form 7501 will be established by including the name, and hand-written or facsimile signature of the person primarily liable for payment of duties before the transfer is completed. This endorsement should be shown after the "Balance" in column 28. When there is deferred tax paid by electronic funds transfer (EFT), the following statement is required in this section:

> Electronic Funds Transfer (EFT)
>
> Tax Payment Deferred
>
> XXX Distillers, Inc.
>
> IRN: XX-XXXXXXX-XX
>
> ALC: #######
>
> EFT Payment Date: month/day

If the deferred tax will not be paid by EFT, the words "DEFERRED TAX" should show after the words "WAREHOUSE WITHDRAWAL FOR CONSUMPTION" at the top of this block.

**COLUMN 29)**

Do not record the column heading letters, only the required data in the proper format.

### A. HTS NUMBER

Record the appropriate full 10-digit HTS item number. This item number should be left justified. Decimals are to be used in the 10-digit number exactly as they appear in the HTS. Use the following format: 4012.11.4000

If more than one HTS number is required, follow the reporting instructions in the statistical head note in the appropriate HTS section or chapter.

Where an SPI is required for an HTS number, see Column 27 instructions.

For each item covered by a binding tariff classification ruling, report the ruling number (provided in the applicable ruling letter) directly below the HTS number of the appropriate line item. Precede the ruling number with the abbreviation "RLNG." For an item classified under the same tariff classification number but not specifically covered by the binding tariff classification ruling, provide a separate line item breakout for that item.

For those line items that require the reporting of more than one data element (i.e. category number and/or manufacturer identification number) in this same area, the hierarchy should be as follows:

> Category Number
>
> Manufacturer Identification Number
>
> Ruling Number

The correct format for reporting a ruling number or pre-approval indicator are listed below, respectively:

> RLNG 654321
>
> INDCTR 356780

For sets, which are classifiable in accordance with GRI 3(b) or 3(c) of the HTS, report in column 30 the HTS number from which the rate of duty for the set is derived. Precede this number with an SPI of "X." Report that part of the set so classified the total value, quantity and charges associated with the set, as well as all applicable duties, taxes, and fees, in the appropriate columns. In addition, each article in the set (including the article designated with a prefix of "X") should be reported on a separate line as if it were separately classified. Precede these HTS numbers with an SPI of "V." Report the quantity and value attributed to each article associated with the "V" SPI.

All other reporting requirements including, but not limited to, quota, visa, licensing, and other government agency requirements, should be reported along with the appropriate HTS number preceded with an SPI of "V." Both the "X" and "V" should be right justified in column 27, immediately preceding, and on the same line as the HTS number to which it applies.

### B.  AD/CVD CASE NUMBER

Directly below the HTS number, indicate the appropriate AD/CVD case number(s), as assigned by the Department of Commerce, International Trade Administration.  The following format shall be used:

> A000-000-000 -or- A-000-000-000 (AD)

> C000-000-000 -or- C-000-000-000 (CV)

Case numbers with a suffix of 000 (ex. A-000-000-000) should only be used when the manufacturer and/or exporter falls under the "All Other" or country wide provisions of the AD/CVD case.

The application of case numbers should follow this hierarchy under the following circumstances:

1. The exporter has its own rate, use the case assigned to the exporter;
2. The exporter does not have its own case, use the case assigned to the manufacturer/producer; OR the case assigned to the exporter/manufacturer combination; or
3. Neither the exporter nor the manufacturer/producer nor the exporter/manufacturer combination has its own case, use the "all others" case with a suffix of 000.

When bonding is permitted and used, record the phrase "Surety Code" and the surety number [e.g., (Surety Code #123)].  If cash or government securities are deposited in lieu of surety, record "Surety Code #998."

### C.  CATEGORY NUMBER

Directly below the HTS number record the textile category for each separate line, as applicable.  Use the following format:  CAT NNN

### D.   OTHER FEES

Directly below the pertinent line information, on the same line as the applicable rate in column 33, identify any other fee, charge or exaction that applies.  Examples include the beef fee, honey fee, pork fee, cotton fee, harbor maintenance fee (HMF), sugar fee, and merchandise processing fee (MPF).  All fees, with the exception of the HMF, are to be reported at the line item level.  The HMF may be shown either at the line item level or once at the bottom of column 29 on the first page of the summary.

## COLUMN 30)

Do not record the column heading letters, only the required data in the proper format.

### A.  GROSS WEIGHT

Report gross shipping weight in kilograms for merchandise imported by ALL modes of transportation.  The gross weight must be reported on the same line as the entered value.

In cases where more than one value is shown on a line item, record the gross weight on the same line as the first tariff number for the line item. Gross weight information must be provided for each line item. If the gross weight is not available for each line item, the approximate shipping weight shall be estimated and reported. The total of the estimated weights should equal the actual gross shipping weight. For multi-line summaries, the grand total gross weight need not be shown.

In the case of containerized cargo carried in lift vans, cargo vans, or similar substantial outer containers, the weight of such container should not be included in the gross weight of the merchandise.

### B. MANIFEST QUANTITY

Where the entry summary serves as entry/entry summary, indicate the manifest quantity reported on the B/L or AWB.

If multiple bills are associated with an entry/entry summary, indicate the manifest quantity reported on the B/L or AWB with the appropriate B/L or AWB number listed across the top of column 28.

## COLUMN 31) NET QUANTITY IN HTS UNITS

When a unit of measure is specified in the HTS for an HTS number, report the net quantity in the specified unit of measure, and show the unit of measure after the net quantity figure. Record quantities in whole numbers for statistical purposes unless fractions of units are required for other CBP purposes. Fractions must be expressed as decimals.

When an "X" appears in the column for units of quantity, no quantity is to be reported in column 31. (Gross weight must still be reported in Column 30.)

When two units of measure are shown for the same article, report the net quantity for both in the specified unit of measure. The value of the article is to be reported with the first unit of measure unless a "V" follows the second which indicates the value of the article is to be reported with that unit of measure.

Example: Shipment consists of 50 dozen t-shirts, weighing 1 kg per dozen and valued at $10 per dozen. Report as follows:

| COLUMN 29 | COLUMN 30 | COLUMN 31 |
|---|---|---|
| 6205.20.2065 | 50 doz.<br>50 kgs | 500 |

## COLUMN 32)

Do not record the column heading letters, only the required data in the proper format.

### A. ENTERED VALUE

Record the U.S. dollar value as defined in 19 U.S.C. § 1401a for all merchandise.

Record the value for each line item on the same line as the HTS number.

If the value required for assessment of AD/CVD is different from the entered value, record in parentheses the amount in this column, on the same line as the AD/CVD case number and rate. If the reported value is not the transaction value it should later be reported under a Reconciliation Entry (Type 09), if approved for reconciliation, or other alternate means.

Report the value in whole dollars rounded off to the nearest whole dollar (if the total entered value for a line item is less than 50 cents report as "0"). Dollar signs are omitted.

Report the total entered value for all line items in block 35.

## B. CHARGES (CHGS)

Record the aggregate cost in U.S. dollars of freight, insurance and all other charges, costs and expenses incurred while bringing the merchandise from alongside the carrier at the port of exportation in the country of exportation and placing it alongside the carrier at the first U.S. port of entry. Do not include U.S. import duties. In the case of overland shipments originating in Canada or Mexico, such costs shall include freight, insurance, and all other charges, costs and expenses incurred in bringing the merchandise from the point of origin (where the merchandise begins its journey to the United States) in Canada or Mexico to the first U.S. port of entry.

This value shall be shown in whole numbers for each HTS number. It is to be placed beneath the entered value and identified with the letter 'C' (e.g., C550). Dollar signs are omitted.

Charges are not required to be reported for merchandise entered by mode of transportation code 60 (passenger, hand-carried)."

## C. RELATIONSHIP

Record whether the transaction was between related parties, as defined in 19 C.F.R. § 152.102(g), by placing a "Y" in the column for related and an "N" for not related (the words "related" and "not related" may be used in lieu of "Y" or "N"). "Y" or "N" may be recorded once, at the top of column 32, when applicable to the entire entry summary or may be recorded with each line item below entered value and charges. "Y" or "N" must be recorded with each line item when the relationship differs for line items.

# COLUMN 33)

Do not record the column heading letters, only the required data in the proper format.

## A. HTS RATE

Record the rate(s) of duty for the classified item as designated in the HTS:  free, ad valorem, specific, or compound.

| COLUMN 29 | COLUMN 33 |
|---|---|
| 6201.19.1010  Free | 6201.19.9060  2.8% |

## B. AD/CVD RATE

Record the AD/CVD rate(s) as designated by the Department of Commerce, International Trade Administration, directly opposite the respective AD/CVD case number(s) shown in column 29.

## C. I.R.C. RATE

Record the tax rate(s) for the classified item as designated in the HTS, or record the CBP approved metric conversion tax rate.

If I.R. tax is deferred, precede I.R.C. rate with "DEF."  Show the amount in column 34 and in block 38 but do not include in the "Total" in block 40.

Deferred I.R. tax under 26 U.S.C. § 5232(a) should be identified as "IRS DEF 5232(a)," at the bottom of columns 33 and 34 on the first page of the CBP Form 7501. The deferred I.R. tax amount should not be shown in column 34, block 38, or block 40.

## D. VISA NUMBER/CERTIFICATE OF ELIGIBILITY/EXPORT CERTIFICATE

Record the letter "V" or "C" followed by the visa/certificate number associated with each line. Visa/certificate numbers are generally nine alphanumeric characters in length. The first character is numeric, the second and third character is alphabetic, and the fourth through the ninth character varies, depending on the trade agreement.

The first position of the visa/certificate represents either the year of export, the year for which the certificate is in effect (e.g. date of presentation), or a grouping such as those required for African Growth and Opportunity Act (AGOA) claims. The second and third positions represent the ISO country of origin code. The fourth through the ninth positions represent a unique number issued by the foreign government.

For specific information pertaining to formatting, refer to the Quota Book Transmittals (QBT) that are issued at the beginning of each quota period or to Textile Book Transmittals (TBT). The TBT is issued when new trade legislation or free trade agreements are implemented. These references can be found at:

> http://www.cbp.gov/xp/cgov/import/textiles_and_quotas/

If merchandise is covered by more than one visa/certificate, then separate line items must be shown for each visa/certificate number. All visa numbers and those certificates required to be eligible for a reduced rate of duty associated with a tariff rate quota must be recorded in column 33. The above instructions do not apply to agriculture licenses issued by the U.S. Department of Agriculture.

When the country of origin differs from the country of export and the visa/certificate is issued based on the date of export, or the quota is based on the date of export, report the date of export from the country of origin in column 33. The date of exportation from the exporting country will continue to be reported in block 15.

### E.  AGRICULTURE LICENSE NUMBER

For merchandise subject to agriculture licensing, report the license number in column 33 directly below the tariff rate for that line item.

The license number will be in a ten-character format, including hyphens and spaces. The two acceptable formats are as follows:

|     | (1) N-AA-NNN-N | or | (2) N-AB-NNN-N |
| --- | --- | --- | --- |
|     | (1-cc-234-5) |   | (1-c -234-5) |

The letters N and A represent numeric and alpha characters respectively. The letter B represents a blank space. For format 1, the first position is the license type. The third and fourth positions are the commodity type code. Positions six through eight represent the license serial number. The tenth position is the license year. Positions two, five and nine are hyphens. Format 2 is identical to the above except position four is blank.

## BLOCK 34) DUTY AND I.R. TAX

Record the estimated duty, AD/CVD, I.R. tax, and any other fees or charges calculated by applying the rate times the dutiable value or quantity. The amount shown in this column must be directly opposite the appropriate HTS rate(s), AD/CVD rate, I.R. rate and other fees or charges. This includes those instances where bonding is permitted for AD/CVD. Where bonding is accomplished, enclose the AD/CVD amounts in parentheses. Where I.R. tax is deferred under 26 U.S.C. § 5232(a), leave blank (See Instructions for column 33). Dollar signs are omitted.

## OTHER FEE SUMMARY FOR BLOCK 39

For entries subject to payment of AD/CVD and/or any of the various fees, each applicable fee must be indicated in this area, and the individual amount of each fee must be shown on the corresponding line. AD/CVD amounts are to be included in the summary only when they are actually deposited. Bonded amounts should not be included. The Block 39 Summary must be on the first page if the entry summary consists of more than one page.

The applicable collection code must be indicated on the same line as the fee or other charge or exaction. Report the fees in the format below:

| | |
| --- | --- |
| AD | 012 |
| CVD | 013 |
| Tea Fee | 038 |
| Misc. Interest | 044 |
| Beef Fee | 053 |

| | |
|---|---|
| Pork Fee | 054 |
| Honey Fee | 055 |
| Cotton Fee | 056 |
| Pecan Fee | 057 |
| Sugar Fee | 079 |
| Potato Fee | 090 |
| Mushroom Fee | 103 |
| Watermelon | 104 |
| Blueberry Fee | 106 |
| Avocado | 107 |
| Mango | 108 |
| Informal Entry MPF | 311 |
| Dutiable Mail Fee | 496 |
| Merchandise Processing Fee (MPF) | 499 |
| Manual Surcharge | 500 |
| Harbor Maintenance Fee (HMF) | 501 |

There is no de minimis collection for the MPF. There is an established minimum and maximum due on each formal entry, release or withdrawal from warehouse for consumption. Report the actual MPF due unless the perspective amount due is less than the established minimum (record the minimum), or exceeds the established maximum (record the maximum).

There is a de minimis on the HMF if it is the only payment due on the entry summary. If such is the case, HMF of $3 or less will not be collected. The grand total user fee in this block should be reported as the total fee amount of all line items, but the amount in block 39 should be reported as $0.

Goods originating under a Free Trade Agreement (FTA) may be exempt from MPF. To obtain this exemption, the importer must indicate the appropriate SPI for each HTS number in Column 27.

## BLOCK 35) TOTAL ENTERED VALUE

Report the total entered value for all line items. This information is required on all entry summaries.

## BLOCK 36) DECLARATION OF IMPORTER OF RECORD OR AUTHORIZED AGENT

Select the appropriate boxes as it relates to your circumstances as an importer or agent.

## BLOCK 37) DUTY

Record the total estimated duty paid (excluding AD/CVD).

## BLOCK 38) TAX

Record the total estimated tax paid, including any amount deferred (except tax deferred under 26 U.S.C. § 5232(a)).

## BLOCK 39) OTHER

Record the total estimated AD/CVD or other fees, charges or exactions paid. Do not show AD/CVD amounts that were bonded. The amounts shown in block 39 of the summary should reflect the amounts actually being paid.

**BLOCK 40) TOTAL**

Record the sum of blocks 37, 38, and 39.  Do not include any I.R. deferred tax shown in column 34 and block 38.  Do not include any AD/CVD that has been bonded.

If no duty, tax, or other charges apply to the transaction, record "0" in this block.

HMF is required to be paid on all warehouse entry summaries (type 21), but is not due on re-warehouse (type 22) entries.

**BLOCK 41) DECLARANT NAME, TITLE, SIGNATURE AND DATE**

Record the name, job title, and signature of the owner, purchaser, or agent who signs the declaration.  Record the month, day, and year (MM/DD/YYYY), when the declaration is signed.

When the entry summary consists of more than one page, the signature of the declarant, title, and date must be recorded on the first page.

Certification is the electronic equivalent of a signature for data transmitted through ABI.  This electronic (facsimile) signature must be transmitted as part of the entry summary data.

**BLOCK 42) BROKER/FILER INFORMATION**

This block is reserved for a broker or filer name, address and phone number.

**BLOCK 43) BROKER/IMPORTER FILE NO.**

This block is reserved for a broker or importer internal file or reference number.

**PREPARATION OF ENTRY DOCUMENTS**

The filer must submit entry documents for both entry summaries and entry/entry summaries in an ordered manner.  To ensure uniformity in this matter, entry documents are to be arranged in the following order:

> Check
>
> Statistical copy (Non-ABI only)
>
> Collection copy (non-statement)
>
> Certification
>
> Record Copy
>
> CBP Form 3461 or Alt.
>
> Single entry bond, when applicable
>
> Invoice
>
> Packing List
>
> Other Agency Documents

All documents should be stapled together in the upper left-hand corner by the filer of the  entry summary or entry/entry summary.

A minimum of two copies of a warehouse withdrawal for consumption, CBP Form 7501, will be presented (importer's copy and permit copy).  If not paying via ACH, a cashier's copy is also required.  Non-ABI submissions must include a fourth copy for statistical purposes.  If deferred tax is involved, at least one extra copy of the CBP Form 7501 must be included.

## SUMMARY OF ENTERED VALUE/CURRENCY CONVERSION

The summary of entered value and currency conversion (if appropriate) may be shown on a worksheet attached to the entry summary or across column 28. On a multi-page entry summary, show the summary of entered values on the last page following the last line item.

If a filer prepares line items by invoice (i.e., group line items by invoice), the summary may be prepared with values for each invoice in lieu of a grand summation at the end of the entry summary.

## INFORMAL ENTRY

Informal entries may be made on the CBP Form 7501. The following blocks are to be completed for informal entries where applicable: [1, 2, 6, 8, 10, 11, 12, 14, 16, 17, 23, 26, 27, 28, 29A, 30A, 30B, 31, 32A, 33A, 33C, 34, 35, 36, 37, 38, 39, 40, and 41]. For ABI transmissions, blocks 9,15, and 20 are also required.

When goods are released on a CBP Form 3461 and subsequently followed up by an informal entry summary (CBP Form 7501), the entry date (date of release) must be shown in block 7 on the CBP Form 7501.

Block 21, Location of Goods, will be filled in only if merchandise has been placed in a general order warehouse.

No statistical copy of the CBP Form 7501 is required for an informal entry summary.

## APPRAISEMENT ENTRY

When the CBP Form 7501 is used as an appraisement entry as, defined in 19 C.F.R. § 143.11, the following declaration requesting appraisement under 19 U.S.C. §1498(a)(10), should be added to the body of the CBP Form 7501 or attached on top as follows:

> I hereby request appraisement under 19 U.S.C. §1498(a)(10). I declare, to the best of my knowledge and belief, that this entry and the documents presented therewith set forth all the information in my possession, or in the possession of the owner of the merchandise described herein, as to the cost of such merchandise; that I am unable to obtain any further information as to the value of the said merchandise or to determine its value for the purpose of making formal entry thereof; that the information contained in this entry and in the accompanying documents is true and correct; and that the person(s) named above is the owner of the same merchandise.

> Signature

> Title

> To the Port Director: The merchandise described above has been examined and the contents and values are noted above.

> CBP Officer

> Date

## DELIMITERS FOR LINE ITEMS

A solid line, broken line, or a blank line to facilitate the processing of the entry summary must separate each line item on the CBP Form 7501 and continuation sheet.

## ADDITIONAL DATA ELEMENTS

Filers of the CBP Form 7501 may, on their own initiative, provide additional or clarifying information on the form provided such additional information does not interfere with the reporting of those required data elements. Such additional or clarifying information may be placed in any location on the form solely at the discretion of the filer provided it does not interfere with any required data element. In such instances, CBP will not mandate what the additional information may be or where it is to be placed on the form.

Invoices may be separately identified in the body of the CBP Form 7501 and the continuation sheet across column 28 followed by the line items appropriate to that invoice.

## WAREHOUSE WITHDRAWAL

If the warehouse withdrawal is for the personal use of diplomatic, consular, other privileged personnel, or for public international organizations, the CBP Form 7501 must clearly state "WAREHOUSE WITHDRAWAL FOR DIPLOMATIC USE" at the top of Column 28, followed by the words "DS Form 1504 Attached."

Blanket permits may be issued to withdraw (1) merchandise from duty-free stores for exportation, (2) merchandise for diplomatic use, and (3) merchandise for aircraft or vessel supply.

Applications for Blanket Permits shall be filed in triplicate on the CBP Form 7501. The words "APPLICATION FOR BLANKET PERMIT TO WITHDRAW" must be printed in capital letters or stamped in the top margin.

Withdrawal for blanket permits shall bear the words "APPLICATION FOR BLANKET PERMIT TO WITHDRAW." When the last withdrawal under a blanket permit is filed, the words "LAST WITHDRAWAL UNDER BLANKET PERMIT" shall be depicted on the CBP Form 7501.

## REWAREHOUSE ENTRY

Where the CBP Form 7501 is filed as a rewarehouse entry, blocks 8, 12, 19 and 20 are not required to be completed.

## NAFTA DUTY DEFERRAL

The CBP Form 7501 is used to file a NAFTA Duty Deferral claim (entry type 08). Refer to the Duty Deferral Handbook or contact the local CBP Office for complete instructions on how to complete the form for Duty Deferral purposes.

## CONSOLIDATED ENTRY SUMMARY

Where the CBP Form 7501 entry summary covers more than one release, (19 C.F.R. § 142.17) report each entry or release number separately, followed by the associated line item number and information.

## TEMPORARY IMPORTATION UNDER BOND (TIB) ENTRY

TIB Entry Summaries (type 23) are processed in CBP's automated system after review for TIB eligibility. The data required to be reported on a TIB entry summary are the same as those usually reported on a regular consumption entry. Also, 19 C.F.R. § 10.31(a)(3) identifies additional information that is required to be shown on a TIB entry summary. As a reminder, merchandise that is normally subject to quota, either on consumption entries or on withdrawals from warehouse for consumption, is also subject to quota when entered on a TIB.

**Appendix 1**

**CHECK DIGIT COMPUTATION FORMULA**

Check digits are computed from the filer code and transaction numbers (the first 7 digits of the entry number). Entry filer codes containing alpha characters must be transformed to a numeric equivalent prior to computing the check digit. The numeric equivalent for each alpha charter is as follows:

| | | | |
|---|---|---|---|
| A = 1 | H = 8 | O = 6 | V = 5 |
| B = 2 | I = 9 | P = 7 | W = 6 |
| C = 3 | J = 1 | Q = 8 | X = 7 |
| D = 4 | K = 2 | R = 9 | Y = 8 |
| E = 5 | L = 3 | S = 2 | Z = 9 |
| F = 6 | M = 4 | T = 3 | |
| G=7 | N = 5 | U = 4 | |

Example: Entry filer code B76 would transform to 276 for check digit computation purposes.

    A. Using entry filer code B76 (276) and a transaction number 0324527 as an example, the check digit is computed as follows:

        Number for which check digit will be computed is: 2 7 6 0 3 2 4 5 2 7

    B. Start the calculation process by multiplying every other position by 2. (Essentially, all even positions will be multiplied by 2.)

        *Note: High order zeros are a significant element in the computation process and must be included in the transaction number. If the result of the multiplication is greater than 9, add 1 to the sum, but disregard the digit in the tens column.

```
   7    0    2    5    7
  x2   x2   x2   x2   x2    (Multiply by 2)
  ───  ───  ───  ───  ───
  14    0    4   10   14
  +1             +1   +1    (Add 1 if total is greater than 9)
  ───  ───  ───  ───  ───
  15 +  0 +  4 + 11 + 15    (Disregard digit in the tens column)
```

    C. Add results.

        5 + 0 + 4 + 1 + 5 = **15**

    D. Total all odd positions starting at the beginning: 2 7 6 0 3 2 4 5 2 7

        2 + 6 + 3 + 4 + 2 = **17**

    E. Add the sums from steps C and D.

        15 + 17 = **32**

    F. Subtract the units digit (last digit) derived in step E (32) from 10. The result is the check digit.

        10 - 2 = **8**

    G. Normally, the result of the arithmetic will be a single digit. In instances when the units digit subtracted from the sum in step E is a 0, the check digit will be 0.

The resulting entry number from the example would be shown as follows:

        B76-0324527-8

## CHECK DIGIT COMPUTATION FORMULA

Using the entry number R07-1010035, this chart was used to compute the check digit:

| | R | O | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | ? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STEP A | 9 | 6 | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | |
| STEP B | | x2 | | x2 | | x2 | | x2 | | x2 | |
| | | 12 | | 2 | | 2 | | 0 | | 10 | |
| * note | | +1 | | +0 | | +0 | | +0 | | +1 | |
| STEP C | | 3 | | 2 | | 2 | | 0 | | 1 | = 8 |
| STEP D | 9 | | 7 | | 0 | | 0 | | 3 | | +19 |
| STEP E | | | | | | | | | | | 27 |
| STEP F | | | | | | | | | | | 10 |
| | | | | | | | | | | | -7 |
| STEP G | | | | | | | | | | | 3 |
| | R | O | 7 | 1 | 0 | 1 | 0 | 0 | 3 | 5 | 3 |

## CHECK DIGIT FACTOR

There are some filers who are authorized to use a check digit factor of 1 or higher.  Essentially, the check digit factor is provided to filers who have exhausted the check digits for their filer code.  The check digit factor allows the filer to compute the check digit then add one or two for the new check.  When authorized, the check digit factor is posted to the filer's national filer maintenance record.

For example, if a filer has been authorized to use a check digit factor of 1, using the example above, B76-0324527-8, the check digit (8) would be changed to (9).

The Office of Field Operations, Trade Compliance and Facilitation, Broker Management Branch authorizes the Check Digit Factor.

**Appendix 2**

**RULES FOR CONSTRUCTING THE MANUFACTURER IDENTIFICATION CODE**

These instructions provide for the construction of an identifying code for a manufacturer or shipper from its name and address. The code can be up to 15 characters in length, with no inserted spaces.

To begin, for the first 2 characters, use the ISO code for the actual country of origin of the goods. The exception to this rule is Canada. "CA" is NOT a valid country for the manufacturer code; instead, show as one of the appropriate province codes listed below:

| | |
|---|---|
| ALBERTA | XA |
| BRITISH COLUMBIA | XC |
| MANITOBA | XM |
| NEW BRUNSWICK | XB |
| NEWFOUNDLAND (LABRADOR) | XW |
| NORTHWEST TERRITORIES | XT |
| NOVA SCOTIA | XN |
| NUNAVUT | XV |
| ONTARIO | XO |
| PRINCE EDWARD ISLAND | XP |
| QUEBEC | XQ |
| SASKATCHEWAN | XS |
| YUKON TERRITORY | XY |

Next, use the first three characters from the first two "words" of the name. If there is only one "word" in the name, then use only the first three characters from the first name. For example, Amalgamated Plastics Corp. would be "AMAPLA;" Bergstrom would be "BER."

If there are two or more initials together, treat them as a single word. For example, A.B.C. Company or A B C Company would yield "ABCCOM." O.A.S.I.S. Corp. would yield "OASCOR." Dr. S.A. Smith yields "DRSA," Shavings B L Inc. yields "SHABL."

In the manufacturer name, ignore the English words a, an, and, of, and the. For example, "The Embassy of Spain" would yield "EMBSPA."

Portions of a name separated by a hyphen are to be treated as a single word. For example, "Rawles-Aden Corp." or "Rawles – Aden Corp." would both yield "RAWCOR."

Some names will include numbers. For examples, "20th Century Fox" would yield "20TCEN" and "Concept 2000" yields "CON200."

Some words in the title of the foreign manufacturer's name should not be used for the purpose of constructing the MID. For example, most textile factories in Macau start with the same words, "Fabrica de Artigos de Vestuario" which means "Factory of Clothing." For a factory named "Fabrica de Artigos de Vestuario JUMP HIGH Ltd," the portion of the factory name that identifies it as a unique entity is "JUMP HIGH." This is the portion of the name that should be used to construct the MID. Otherwise, all of the MIDs from Macau would be the same, using "FABDE," which is incorrect.

Similarly, many factories in Indonesia begin with the prefix PT, such as "PT Morich Indo Fashion." In Russia, other prefixes are used, such as "JSC," "OAO," "OOO," and "ZAO." These prefixes should be eliminated for the purpose of constructing the MID.

Next, find the largest number on the street address line and use up to the first four numbers. For example, "11455 Main Street Suite 9999" would yield "1145." A suite number or a post office box should be used if it contains the largest number. For example, "232 Main Street Suite 1234" would yield "1234." If the numbers in the street address are spelled out, such as "One Thousand Century Plaza," there will be no numbers in this section of the MID. However, if the address is "One Thousand Century Plaza Suite 345," this would yield "345."

When commas or hyphens separate numbers, ignore all punctuation and use the number that remains.  For examples, "12,34,56 Alaska Road" and "12-34-56 Alaska Road" would yield "1234."  When numbers are separated by a space, the space is a delimiter and the larger of the two numbers should be selected.  For example, "Apt. 509  2727 Cleveland St." yields "2727."

Finally, use the first three alpha characters from the city name.  "Tokyo" would be "TOK," "St. Michel" would be "STM," "18-Mile High" would be "MIL," and "The Hague" would be "HAG."  Notice that numerals in the city line are to be ignored.

For city-states, use the country name to compose the first three alpha characters.  For examples, Hong Kong would be "HON," Singapore would be "SIN," and Macau would be "MAC."

General Rules:

Ignore all punctuation, such as commas, periods, apostrophes and ampersands.  Ignore all single character initials, such as the "S" in "Thomas S. Delvaux Company."  Ignore leading spaces in front of any name or address.

Listed below are examples of manufacturer names and addresses and their MID codes:

| | |
|---|---|
| LA VIE DE FRANCE<br>243 Rue de la Payees<br>62591 Bremond, France | FRLAVIE243BRE |
| 20th CENTURY TECHNOLOGIES<br>5 Ricardo Munoz, Suite 5880<br>Caracas, Venezuela | VE20TCEN5880CAR |
| THE E.K. RODGERS COMPANIES<br>One Hawthorne Lane<br>London, England SW1Y5HO | GBEKRODLON |
| THE GREENHOUSE<br>45 Royal Crescent<br>Birmingham, Alabama 35204 | USGRE45BIR |
| CARDUCCIO AND JONES<br>88 Canberra Avenue<br>Sidney, Australia | AUCARJON88SID |
| N. MINAMI & CO., LTD.<br>2-6, 8-Chome Isogami-Dori<br>Fukiai-Ku<br>Kobe, Japan | JPMINCO26KOB |
| BOCCHACCIO S.P.A.<br>Visa Mendotti, 61<br>8320 Verona, Italy | ITBOCSPA61VER |
| MURLA-PRAXITELES INC.<br>Athens, Greece | GRMURINCATH |
| SIGMA COY E.X.T<br>4000 Smyrna, Italy<br>1640 Delgado | ITSIGCOY1640SMY |
| COMPANHIA TEXTIL KARSTEN<br>Calle Grande, 25-27<br>67890 Lisbon, Portugal | PTKAR2527LIS |
| HURON LANDMARK<br>1840 Huron Road<br>Windsor, ON, Canada N9C2L5 | XOHURLAN1840WIN |

**Charles Caldwell**

From:
Sent:
To:
Subject:

Begin forwarded message:

**From:** Brandi Stuart <bamabrand@aol.com>
**Date:** March 11, 2020 at 8:18:51 PM CDT
**To:** BrandiPStuartDesigns@gmail.com
**Subject: Fwd: Re:**

-----Original Message-----
From: Tracy Cochran <tracyc12rn@yahoo.com>
To: Jami Johnston <jamik.johnston@gmail.com>
Cc: BamaBranD@aol.com <bamabrand@aol.com>
Sent: Thu, May 16, 2013 09:30 PM
Subject: Re:

I am so excited and can't wait to see what team Paul does with them:)

Sent from my iPhone

On May 16, 2013, at 8:50 PM, Jami Johnston <jamik.johnston@gmail.com> wrote:

I just wanted to drop you guys a line concerning the designs for spring 2014. They are
SO GOOD and I can't wait to see our sales next season.

Jami

| Subject | Date |
|---|---|

Salary + IRA math   5150 × 12 = 61,800
Car   1143 × 12                    13,716
Car insurance   200 × 12        2400
Credit card   Jan - Sept.        9038.88
Hannah                              800
Clothes   March '19              850
Wire to mortgage Co. (8905)   13,800 after taxes
5/3 bonus                         12,000
March '19   (4000 cash)        6200 after taxes

T 20,604.88

bonus   27,000

147,604.88

+ Oct, Nov, Dec. Credit card

+ Cell phone

+ Sept Clothes

+ Company part of Payroll taxes

(382.50 × 12 = 4590ºº on monthly salary)
+ 918 5/3 bonus =
9,5508.ºº

EXHIBIT "F"