IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. BRANDI STUART and<br>BRANDI STUART,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>TRACY HARRELL; SIMPLY<br>SOUTHERN STYLES CORP.;<br>EMMA JEAN KIDS, LLC;<br>BANANA SPLIT, LLC; THREE<br>SISTERS DESIGNS, LLC, and<br>MILLIE JAY, LLC,<br><br>　　　Defendants. | Civil No. 3:20-CV-5602-MCR/HTC<br><br>**FILED UNDER SEAL** |

**THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and

their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.

A proposed order accompanies this notice.

-3-

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

*/s/ Mary Ann Couch*
MARY ANN COUCH
Assistant United States Attorney
Florida Bar No. 0098917
21 East Garden St., Suite 400
Pensacola, FL 32502
(850) 444-4000
mary.ann.couch@usdoj.gov

KATHRYN W. DREY
Assistant United States Attorney
Florida Bar No. 142492
21 East Garden St., Suite 400
Pensacola, FL  32502
(850) 444-4000
Kathryn.Drey@usdoj.gov

Dated:  September 3, 2020          Counsel for the United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September 2020, a true and correct copy of the foregoing *Ex Parte* Notice was sent by electronic mail to the attorney of record for Relator.

*/s/ Mary Ann Couch*
Mary Ann Couch