UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA ex rel
BRANDI STUART and BRANDI STUART,**

    Plaintiffs,

v.                                        CASE NO. 3:20cv5602-MCR/HTC

**TRACY HARRELL; SIMPLY
SOUTHERN STYLES CORP.;
EMMA JEAN KIDS, LLC;
BANANA SPLIT, LLC; THREE
SISTERS DESIGNS, LLC; and
MILLIE JAY, LLC,**

    Defendants.
_____/

## ORDER

Pending before the Court is Plaintiffs' Motion to Lift Seal and Permit Service of Process. The Court notes that due an inadvertent docketing error, the prior order unsealing this matter was mistakenly filed under seal. Accordingly, the motion is **GRANTED** as follows:

    1.    The Clerk is directed to unseal the Court's prior order, ECF No. 4, and comply with all requirements stated therein, including to unseal the complaint and the Government's Notice of Election to Decline Intervention. The parties are directed to review and comply with all terms of that order as well.

2. The Plaintiffs are ordered to serve process on Defendants within 120 days of the date of this Order.

**DONE AND ORDERED** this 19th day of November 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 5:20cv199-MCR-MJF