IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel BRANDI STUART<br>and BRANDI STUART<br><br>Plaintiffs,<br><br>v.<br><br>TRACY HARRELL; SIMPLY<br>SOUTHERN STYLES CORP.:<br>EMMA JEAN KIDS, LLC;<br>BANANA SPLIT, LLC;<br>THREE SISTERS DESIGNS, LLC;<br>MILLIE JAY, LLC<br><br>Defendants. | CASE NO. 3:20CV5602-MCR-HTC |

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**COMES NOW**, Defendants by and through their undersigned counsel, pursuant to Rules 9(b) and 12 (b)(6) of the Federal Rules of Civil Procedure, and shows this Court that Count 1 alleging a violation of the False Claims Act (31 U.S.C.A. §§ 3729(a)(1)(C) & (G)) and Count 2 alleging a violation of the whistleblower provisions of the False Claims Act (31 U.S.C.A. §§ 3730(h)) of Plaintiff's Complaint do not allege fraud with particularity and, therefore, Defendants are unable to determine the particulars of the alleged violation in order to form a response. This Motion is based upon the following:

## **CERTIFICATE OF SERVICE**

The undersigned, Paul A. Wilson, attorney for Defendants does hereby certify that I have this day served this Motion to Dismiss Plaintiff's Complaint to the following:

Charles M. Caldwell, II, Esq.
WHIBBS STOME BARNETT, P.A.
801 W. Romana Street, Unit C
Pensacola, Florida 32502
Attorney for Plaintiff
chase@whibbslaw.com

Kathryn W. Drey, Esq.
Mary Ann Couch, Esq.
Assistant United State Attorney
21 East Garden Street, Suite 400
Pensacola, Florida 32502
Mary.ann.couch@usdoj.gov
Kathryn.drey@usdoj.gov

This the 3rd day of March, 2021.

                                              s/ Paul A. Wilson
                                              PAUL A. WILSON
                                              Litvak, Beasley, Wilson & Ball, LLP
                                              40 Palafox Place, Suite 300
                                              Pensacola, Florida 32502
                                              Telephone:   (850) 432-9818
                                              Facsimile:    (850) 432-9830
                                              Florida Bar # 0151297
                                              E-Mail:      paw@lawpensacola.com
                                              Attorney for Defendants